**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ultra Seal Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-2888109** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **521 Main Street** <br> **New Paltz, NY 12561** <br> Number, Street, City, State & ZIP Code <br><br> **Ulster** <br> County | **Mailing address, if different from principal place of business** <br><br> <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.ultra-seal.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Ultra Seal Corporation**                                              Case number (*if known*) _____
              Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

Debtor    **Ultra Seal Corporation**                                Case number (*if known*) _____
            Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **Ultra-Tab Laboratories, Inc.** _____    Relationship    **Affiliate**

District    **S.D.N.Y.** _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

|   | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor   **Ultra Seal Corporation**                                          Case number (*if known*) _____
   Name

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☑ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Ultra Seal Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  6, 2022**
MM / DD / YYYY

**X** **/s/ Dennis Borrello**                                              **Dennis Borrello**
Signature of authorized representative of debtor              Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Michelle L. Trier**                               Date    **October  6, 2022**
Signature of attorney for debtor                                            MM / DD / YYYY

**Michelle L. Trier 1212**
Printed name

**Genova, Malin & Trier, LLP**
Firm name

**1136 Route 9**
**Wappingers Falls, NY 12590**
Number, Street, City, State & ZIP Code

Contact phone    **845-298-1600**          Email address

**1212 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Ultra Seal Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 6, 2022**    *X* **/s/ Dennis Borrello**
                                                  Signature of individual signing on behalf of debtor

                                                  **Dennis Borrello**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ultra Seal Corporation** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aaron Bryant Stewart & Cross/Tricorbraun 3189 Princeton Road, Suite 217 Hamilton, OH 45011** | | **Business debt** | | | | **$21,815.08** |
| **Allianz Trade / Euler Hermes Collections 800 Red Brook Blvd, Suite 400C Owings Mills, MD 21117** | | **Business debt (Collections for Gascogne Flexible)** | | | | **$429,657.05** |
| **American Express PO Box 1270 Newark, NJ 07101-1270** | | **Business debt** | | | | **$30,304.82** |
| **Fortis Solutions Group LLC 1870 Wardrobe Avenue Merced, CA 95341** | | **Business debt** | | | | **$15,489.89** |
| **Granules USA, Inc. 35 Waterview Boulevard, 3rd Floor Parsippany, NJ 07054** | | **Business debt** | | | | **$468,555.60** |
| **Integrated Analytical Laboratories LLC PO Box 8026 Parsippany, NJ 07054** | | **Business debt** | | | | **$16,230.75** |
| **ITS Logistics PO Box 1057 Inman, SC 29349** | | **Business debt** | | | | **$34,705.00** |

| Debtor | **Ultra Seal Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nelson Laboratories Fairfield, Inc. 734182 Network Place Chicago, IL 60673-1735 | | Business debt | | | | $22,435.78 |
| Neostrata Company, Inc. PO Box 7410037 Chicago, IL 60674-5037 | | Business debt | | | | $262,245.55 |
| Oliver Inc. 251 Authority Drive Fitchburg, MA 01420 | | Business debt | | | | $114,682.12 |
| Package All LLC 655 Church Street Bayport, NY 11705 | | Business debt | | | | $91,231.16 |
| Peace of Mind Sales 1219 Morningside Drive North Fort Myers, FL 33903 | | Business debt | | | | $40,711.50 |
| Prestige Packaging 17080 Alico Commerce Court, Suite 4 Fort Myers, FL 33912 | | Business debt | | | | $35,082.06 |
| Pride Solvents & Chemical Comp of NY PO Box 36254 Newark, NJ 07188-6254 | | Business debt | | | | $24,107.30 |
| Prime Materials Associates, Inc. 72 Commerce Drive Uxbridge, MA 01569 | | Business debt | | | | $26,542.50 |
| Promex LLC PO Box 63076 Miami, FL 33163 | | Lawsuit commenced; potential recall claim | Contingent Unliquidated Disputed | | | $1,000,000.00 |
| Syracuse Label Company 200 Stewart Drive Syracuse, NY 13212 | | Business debt | | | | $78,486.49 |
| U.S. Food & Drug Administration 33 Liberty Street New York, NY 10045 | | OMUFA - MDF Facility Fee (521 Main Street, New Paltz) | | | | $24,595.78 |

Debtor  **Ultra Seal Corporation**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Food & Drug Administration 10903 New Hampshire Avenue Silver Spring, MD 20993** | | **OMUFA - MDF Facility Fee (311 Vineyard Ave, Highland site)** | | | | $24,595.78 |
| **Viking Industries, Inc. PO Box 249 New Paltz, NY 12561** | | **Business debt** | | | | $35,928.21 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Ultra Seal Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____**8,861,955.25**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____**8,861,955.25**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____**280,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................    +$ _____**5,477,027.97**

4.  Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b    $ _____**5,757,027.97**

**Fill in this information to identify the case:**

Debtor name        **Ultra Seal Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **BizFlex Checking account** | 9135 | $52,284.60 |
| 3.2. | **M&T Bank** | **Advanced Business Checking** | 3508 | $194,481.93 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $246,766.53 |
    |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor    **Ultra Seal Corporation**                                      Case number *(If known)* _____
           Name

11a. 90 days old or less:    **1,952,700.72**    -    **0.00**  = ....    **$1,952,700.72**
                            face amount              doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                              | $1,952,700.72 |

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1. | **428 shares of Prudential stock (approx $98.52 per share)** | **Liquidation** | **$42,166.56** |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                    % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                              | $42,166.56 |

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Inventory, including finished goods, bulk, raw film, printed film, PKoff | **11/31/2021** | **Unknown** | **Recent cost** | **$4,578,874.00** |
| 22. **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                                             | $4,578,874.00 |

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**

Debtor **Ultra Seal Corporation**
_____ Case number *(If known)* _____
Name

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office and warehouse equipment located at 521 Main Street, New Paltz and 5 Orchard Drive, Gardiner - includes 6 file cabinets, bookshelves, office chairs, desks, lockers, metal cabinets, metal shelves** | **Unknown** | **Liquidation** | **$18,218.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Phones, computers and copiers** | **Unknown** | **Liquidation** | **$7,075.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $25,293.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

Debtor  **Ultra Seal Corporation**_____  Case number *(If known)* _____
<span>Name</span>

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2007 Freightliner 26' Box Truck** | Unknown | Liquidation | $5,000.00 |
| 47.2.  **1999 International 810 Tractor (truck)** | Unknown | Liquidation | $5,000.00 |
| 47.3.  **2000 Trail Mobile 52' Trailer** | Unknown | Liquidation | $750.00 |
| 47.4.  **1993 Great Dane 42' Trailer** | Unknown | Liquidation | $750.00 |
| 47.5.  **2005 Wabash 48' Trailer** | Unknown | Liquidation | $750.00 |
| 47.6.  **2001 BMW X5** | Unknown | Liquidation | $500.00 |
| 47.7.  **2001 BMW X5** | Unknown | Liquidation | $500.00 |
| 47.8.  **2003 GMC Pickup Truck** | Unknown | | $2,500.00 |
| 47.9.  **2005 Dodge Ram 2500 Pickup Truck** | Unknown | | $5,000.00 |
| 47.10·  **2002 BMW X5 (not roadworthy - totaled in Oct, 2020 accident)** | Unknown | | $250.00 |
| 47.11·  **1989 Chevrolet Suburban (not roadworthy, not registered)** | Unknown | Liquidation | $250.00 |
| 47.12·  **1987 GMC Dump Truck (not roadworthy, not registered)** | Unknown | Liquidation | $250.00 |
| 47.13·  **1994 Chevrolet Pickup Truck (not roadworthy, not registered)** | Unknown | Liquidation | $250.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| Debtor | **Ultra Seal Corporation** | Case number *(If known)* | |
| | Name | | |

**Business equipment located at 311 Vineyard Avenue, Highland, NY:**
**Tube filler #TM2 - FMV $14,500**
**Tube filler #TM3 - FMV $8,000**
**Tube filler #TM4 - FMV $4,000**
**Tube Filler #TM5 - FMV $22,500**
**Bartelt-B2 - FMV $14,000**
**Bartelt-B12 - FMV $12,500**
**Cartoner#CT2 - FMV $8,500**
**Cartoner#CT4 - FMV $8,500**
**Cartoner#CT9 - FMV $6,500**
**Ressina UN-40 Capper (BC5) - FMV $16,000**
**Liquid Filler (FEC-LF2) - FMV $10,000**
**Slat (tablet) counter (SC1) - FMV $2,000**
**King Rotary counter (KR2) - FMV $1,000**
**Lakso Cotton filler (CF1) - FMV $1,500**
**Resina Cap Re-torquer (BR2) - FMV $3,500**
**Enercon Induction Sealer (EIS1) - FMV $2,000**
**CVC Technologies Labeler (L5) - FMV $8,500**
**Omega Bottle Orienter (BO4) - FMV $9,500**
**InterSleeve Systems Sleever (NB2) - FMV $1,200**
**Aesus Heat Tunnel (HT4) - FMV $4,500**
**Blender w/intensifier bar, Patterson Kelley (#4) - FMV $18,500**
**Graco Barrel Pump (BP3) - FMV $500**
**Graco Barrel Pump (BP2) - FMV $500**
**Graco Stick Pump (SP3) - FMV $200**
**Graco Stick Pump (SP14) - FMV $200**
**Graco Stick Pump (SP16) - FMV $200**
**Diaphragm Pump, Graco (DP 301) - FMV $250**
**Diaphragm Pump, Graco (DP 302) - FMV $250**
**Diaphragm Pump, Graco (DP 303) - FMV $250**

| | | | |
| --- | --- | --- | --- |
| | **Unknown** | **Liquidation** | **$179,550.00** |

Debtor    **Ultra Seal Corporation** _____    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Business equipment located at 521 Main Street, New Paltz, NY:** | | | |
| **Heat tunnel Beseler T-14-8-D, Serial #6870509 - FMV $300** | | | |
| **Bottle orienter, Omega 3D-RP1-4, Serial#94-J17788 - FMV $7,000** | | | |
| **Liquid filler, Filling Equipment Co, Model 781210, Serial#8878 - FMV $10,000** | | | |
| **Capper, Kaps-All Capping Machines, Model C, Serial#2191 - FMV $9,000** | | | |
| **Labeler, NJ Machine, Inc., Model 326LWP-213, Serial#286-5000 - FMV $4,500** | | | |
| **Induction sealer, Enercon, Model LM-2752-1M, Serial#7585-1 - FMV $2,500** | | | |
| **Retorquer, Universal Machine, Model E7546, Serial #96338 - FMV $4,500** | | | |
| **Jar filler, AMS Filling Systems, Model A-400, Serial#A-400128E - FMV $800** | | | |
| **Capper, Resina Capping Systems, Model S-30, Serial#68-4041 - FMV $6,000** | | | |
| **Labeler, Quadrel Labeling Systems, Moduline, Serial#Q-197-090 - FMV $2,000** | | | |
| **Induction Sealer, Enercon, Model LM5022-215, Serial#C26214-1 - FMV $2,500** | | | |
| **Bottle Orienter, Omega, Model 4D--RP2-12, Serial#91-J13754 - FMV $9,500** | | | |
| **Tablet vile filler (TVF1) - FMV $500** | | | |
| **2 Cappers, Ressina Capping Machines, Serial #s 561678, 917074 - FMV $20,000** | | | |
| **Labeler, NJ Machines, Model 331LSLP-117, Serial#331SBP-117S90K600 - FMV $8,000** | | | |
| **20 Vertical Packagers, USC - FMV $20,000** | | | |
| **2 Stick Pack Vertical, USC - FMV $4,000** | | | |
| **12 Bartelt Horizontal Packagers, Bartel/Rexham - Total FMV $122,000** | **Unknown** | **Liquidation** | **$233,100.00** |

| Debtor | **Ultra Seal Corporation** | Case number *(If known)* | | |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| | | | | |
|---|---|---|---|---|
| **Continued...business equipment located at 521 Main Street, New Paltz, NY:**<br>**Powder filler, Arenco, Model 41472, Gan-2 - FMV $800**<br>**4 Cartoners, Bivans - FMV $28,000**<br>**Cartoner, Uhlman - FMV $5,000**<br>**Cartoner, USC - FMV $800**<br>**6 Blister Machines, Uhlman, Serial#s 103, 117, 69/174, 123, 110 - FMV $122,000**<br>**Tube filler, Norden (TM6) - FMV $25,000**<br>**Ointment/cream filler, USC(OCF1) - FMV $500**<br>**Jar filler, Waircom (JF1) - FMV $1,000**<br>**Bottle labeler, Quadrel Labeling Systems (BL1) - FMV $1,000**<br>**Bottle labeler (L4) - FMV $500**<br>**Dust collector (DC1) - FMV $800**<br>**3 Sullair air compressors, Serial #s 003-113251, 003-96768, 003-85468 - total FMV $5,000**<br>**Powerex air compressor, Model SEQ200730AJ, Serial #5547367-503 - FMV $3,000**<br>**Sullair vacuum pump, Model SUS 1160A - FMV $1,000**<br>**SPX Hankinson air dryer, Model KRD-200, Serial#0323A-880740 - FMV $400**<br>**USP Purified water skid system, Siemens - FMV $2,000**<br>**12 Graco Stick pumps (assorted models) - total FMV $2,400**<br>**3 Graco Diaphragm pumps, Serial#s D55A11, FD1111 - total FMV $450**<br>**3 VideoJet ink jet printers - total FMV $2,400**<br>**4 Bridgeports - FMV $16,500**<br>**Nardini MSC 1440E Lathe - FMV $4,000**<br>**Leblond Regal Lathe - FMV $3,500**<br>**Millport CNC - FMV $6,200**<br>**DoAll Surface Grinder - FMV $1,750**<br>**Brown-Sharpe Surface Grinder - FMV $1,750**<br>**DoAll Band Saw - FMV $2,750**<br>**Cut saw$400** | **Unknown** | **Liquidation** | | **$238,900.00** |
| **Toyota forklift** | **Unknown** | **Liquidation** | | **$6,000.00** |
| **Miscellaneous warehouse equipment located at 521 Main Street, New Paltz and 5 Orchard Drive, Gardiner, including pallet racks, SS carts, SS tables, pallet jacks, hand carts** | **Unknown** | **Liquidation** | | **$10,325.00** |
| **Forklifts (9)** | **Unknown** | **Liquidation** | | **$45,000.00** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | **$734,625.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

| Debtor | **Ultra Seal Corporation** | Case number *(If known)* | |
|--------|----------------------------|--------------------------|--|
| | Name | | |

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------|----------------------------------------|------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark - "Clearly Confident"** **Registration Number: 4383900** | **Unknown** | | **Unknown** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|--|----------|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|--|------------------------------------|

Debtor  **Ultra Seal Corporation**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Shareholder loans owed from**<br>**Michael Borrello, Dawn Borrello and**<br>**Carisa Borrello** | **800,000.00** - _____ **0.00** =<br>Total face amount       doubtful or uncollectible amount | **$800,000.00** |

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Prudential Life Insurance Policy.  Insured: Dennis**<br>**Borrello** | **$466,529.44** |
| 74. | **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to**<br>**set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership<br>**Retainer paid to Payton & Associates for representation**<br>**in lawsuit pending in Florida (Promex LLC v. Ultra Seal**<br>**Corporation); some portion may have time billed against** | **$15,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$1,281,529.44** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Debtor    **Ultra Seal Corporation**_____    Case number *(If known)* _____
         Name

<span style="background:black;color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $246,766.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,952,700.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $42,166.56 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,578,874.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,293.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $734,625.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,281,529.44 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,861,955.25 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $8,861,955.25 |

| Fill in this information to identify the case: |
|---|

Debtor name **Ultra Seal Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ganeden Biotech Inc.** | **Describe debtor's property that is subject to a lien** | **$30,000.00** | **Unknown** |
| Creditor's Name | **Trademark - "Clearly Confident"** | | |
| **5800 Landerbrook Drive, Suite 300 Attn: Mike Bush Cleveland, OH 44124** | **Registration Number: 4383900** | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Asset purchase agreement** | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** **1155** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **M&T Bank** | **Describe debtor's property that is subject to a lien** | **$250,000.00** | **$9,250,000.00** |
| Creditor's Name | **All assets of the debtor** | | |
| **One M&T Plaza Buffalo, NY 14203** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Revolving loan agreement** | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| **UCC-1 originally filed 2008 continued through 2025** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** **6535** | | | |

| Debtor | **Ultra Seal Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $280,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Ultra Seal Corporation**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**261 Upper North Road, LLC**<br>**521 Main Street**<br>**New Paltz, NY 12561**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Rental arrears for commercial property located at 5 Orchard Drive, Gardiner, NY 12525__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$446,880.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**521 Main Street LLC**<br>**521 Main Street**<br>**New Paltz, NY 12561**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Rental arrears for commercial real property located at 521 Main Street, New Paltz__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$334,400.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Aaron Bryant Stewart & Cross/Tricorbraun**<br>**3189 Princeton Road, Suite 217**<br>**Hamilton, OH 45011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  2479 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Business debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$21,815.08** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Ad Flex Corporation**<br>**300 Ormond Street**<br>**Rochester, NY 14605**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  0004 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Business debt__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,120.00** |

Debtor    **Ultra Seal Corporation**
_____    Case number (if known) _____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,925.74 |

**Advanced First Aid, Inc.**
**9321 Philadelphia Road, Suite A-B**
**Baltimore, MD 21237**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0956**

Basis for the claim:  **Business debt - possible recall claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Aero Healthcare US LLC**
**616 Corporate Way**
**Valley Cottage, NY 10989**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429,657.05 |

**Allianz Trade / Euler Hermes Collections**
**800 Red Brook Blvd, Suite 400C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **048A**

Basis for the claim:  **Business debt (Collections for Gascogne Flexible)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,304.82 |

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **1148**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.82 |

**American Printing & Office Supplies**
**867 Flatbush Road**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0017**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Aramark (Afassco/Western First Aid)**
**Aramark Uniform Services**
**775 C Tipton Industrial Drive**
**Lawrenceville, GA 30046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Aurohealth (Viatris/Mylan)**
**279 Princeton-Hightstown Road**
**Hightstown, NJ 08520**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Ultra Seal Corporation**                                    Case number *(if known)* _____
     Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,004.40** |
|---|---|---|---|

**Brask Enterprises, Inc.**
**PO Box 551**
**Attleboro, MA 02703**

Date(s) debt was incurred _

Last 4 digits of account number __2394__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bridges Healthcare (Clarion)**
**1100 Market Street, Suite 600**
**Chattanooga, TN 37402**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Possible recall claim against debtors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,735.76** |
|---|---|---|---|

**Cannon Solutions America, Inc.**
**15004 Collections Center Drive**
**Chicago, IL 60693-0150**

Date(s) debt was incurred _

Last 4 digits of account number __1907__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Church & Dwight**
**Princeton South Corporate Center**
**500 Charles Ewing Boulevard**
**Trenton, NJ 08628**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Possible recall claim against debtors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cintas (Respond/Zee)**
**First Aid and Safety**
**6800 Cintas Boulevard**
**Mason, OH 45040**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Possible recall claim against debtors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,503.74** |
|---|---|---|---|

**Contract Packaging, Inc.**
**PO Box 422**
**La Grange, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number __0145__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DBI**
**9700 N. Michigan Road**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Possible recall claim against debtors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ultra Seal Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400,000.00** |
|---|---|---|---|

**Dennis Borrello**
**94 South Gate Drive**
**Poughkeepsie, NY 12601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DMD Pharmaceuticals**
**15268 Stony Creek Way**
**Noblesville, IN 46060**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible recall claim against the debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,379.02** |
|---|---|---|---|

**Estes Express Lines**
**PO Box 105160**
**Atlanta, GA 30348-5160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0377**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,037.57** |
|---|---|---|---|

**Eurofins Food Chemistry Madison, Inc.**
**PO Box 1482**
**Carol Stream, IL 60132-1482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1736**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,993.66** |
|---|---|---|---|

**ExxonMobil / GECC**
**PO Box 78001**
**Phoenix, AZ 85062-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0069**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,400.00** |
|---|---|---|---|

**Fine Trucking, Inc.**
**3461 S. Clinton Avenue**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2554**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,489.89** |
|---|---|---|---|

**Fortis Solutions Group LLC**
**1870 Wardrobe Avenue**
**Merced, CA 95341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1671**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ultra Seal Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**Forward Brokerage LLC**
**East 2nd Avenue & East 7th Street**
**Altoona, PA 16602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2572**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468,555.60 |
|---|---|---|---|

**Granules USA, Inc.**
**35 Waterview Boulevard, 3rd Floor**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2314**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,230.75 |
|---|---|---|---|

**Integrated Analytical Laboratories LLC**
**PO Box 8026**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2520**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,705.00 |
|---|---|---|---|

**ITS Logistics**
**PO Box 1057**
**Inman, SC 29349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2555**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,611.86 |
|---|---|---|---|

**James Horan**
**114 Franklin Street, Suite 2HI**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2512**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,110.00 |
|---|---|---|---|

**Jamestown Container**
**PO Box 8**
**Jamestown, NY 14702-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1521**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.45 |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
**Dept Ch 10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0885**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Ultra Seal Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,036.49** |
|---|---|---|---|

**KDV Label CO., Inc.**
**431 W. Newhall Avenue**
**Waukesha, WI 53186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number  2483**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,607.00** |
|---|---|---|---|

**Keystone Folding Box Company**
**367 Verona Avenue**
**Newark, NJ 07104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number  0056**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kramer Novis**
**Novis PR, LLC**
**320 Barbosa Avenue**
**San Juan, PR 00917**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _

**Basis for the claim:  Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lil Drug Store Products, Inc.**
**9300 Earhart Lane SW**
**Cedar Rapids, IA 52404**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _

**Basis for the claim:  Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Little Drug Store/Convenience Valet**
**200 Regency Drive**
**Glendale Heights, IL 60139**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _

**Basis for the claim:  Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**M&T Bank**
**PO Box 10090**
**Newburgh, NY 12552**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number  0059**

**Basis for the claim:  Guarantor for mortgage obligation on real property located at 5 Orchard Drive, Gardiner, New York**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**M&T Bank**
**One M&T Plaza**
**Buffalo, NY 14203**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _

**Basis for the claim:  Guarantor on mortgage for real property located at 240 South Riverside Road (240 South Riverside Road, LLC)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ultra Seal Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.40** Nonpriority creditor's name and mailing address

**Masy Bioservices**
**27 Lomar Park Drive**
**PO Box 485**
**Pepperell, MA 01463**

Date(s) debt was incurred _

Last 4 digits of account number **2458**

As of the petition filing date, the claim is: *Check all that apply.*    **$9,235.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

**McMaster Carr Supply Company**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number **0065**

As of the petition filing date, the claim is: *Check all that apply.*    **$999.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

**Medique**
**17080 Alico Commerce Ct., Suite 1**
**Fort Myers, FL 33967**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Possible recall claim against debtors**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

**Medline Industries Inc.**
**Three Lakes Drive**
**Northfield, IL 60093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**Miller Environmental Group, Inc.**
**538 Edwards Avenue**
**Calverton, NY 11933**

Date(s) debt was incurred _

Last 4 digits of account number **1057**

As of the petition filing date, the claim is: *Check all that apply.*    **$1,023.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

**Nelson Laboratories Fairfield, Inc.**
**734182 Network Place**
**Chicago, IL 60673-1735**

Date(s) debt was incurred _

Last 4 digits of account number **2213**

As of the petition filing date, the claim is: *Check all that apply.*    **$22,435.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**Neostrata Company, Inc.**
**PO Box 7410037**
**Chicago, IL 60674-5037**

Date(s) debt was incurred _

Last 4 digits of account number **1799**

As of the petition filing date, the claim is: *Check all that apply.*    **$262,245.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Ultra Seal Corporation**                                    Case number (if known)  _____
          Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nestle (Physicians Seal)**
**950 W. Renwick Road**
**Romeoville, IL 60446**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,203.00 |

**NFP Processing**
**PO Box 296**
**Florida, NY 10921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2564**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.20 |

**Noble Gas Solutions**
**10 Erie Boulevard**
**Albany, NY 12204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0581**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Normed**
**4320 S. 131st Place**
**Seattle, WA 98168**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**North Safety Products**
**UPS Calexico Warehouse**
**1757 Carr Road, Suite 100E**
**Calexico, CA 92231**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,682.12 |

**Oliver Inc.**
**251 Authority Drive**
**Fitchburg, MA 01420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0510**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,231.16 |

**Package All LLC**
**655 Church Street**
**Bayport, NY 11705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1506**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ultra Seal Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,711.50 |
|---|---|---|---|

**Peace of Mind Sales**
**1219 Morningside Drive**
**North Fort Myers, FL 33903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2370**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,082.06 |
|---|---|---|---|

**Prestige Packaging**
**17080 Alico Commerce Court, Suite 4**
**Fort Myers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,107.30 |
|---|---|---|---|

**Pride Solvents & Chemical Comp of NY**
**PO Box 36254**
**Newark, NJ 07188-6254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1879**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,542.50 |
|---|---|---|---|

**Prime Materials Associates, Inc.**
**72 Commerce Drive**
**Uxbridge, MA 01569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ProImmune Company**
**64 East Market Street**
**Rhinebeck, NY 12572**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Release agreement (product delay)**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**Promex LLC**
**PO Box 63076**
**Miami, FL 33163**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit commenced; potential recall claim**

Last 4 digits of account number  **6142**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Radwell International LLC**
**1 Millennium Drive**
**Willingboro, NJ 08046-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1321**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ultra Seal Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address**
**Select**
**1433 Wainwright Way**
**Carrollton, TX 75007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**
**Spirit Pharmaceuticals, LLC**
**2004 2 Orville Drive North**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred _

Last 4 digits of account number **1899**

As of the petition filing date, the claim is: *Check all that apply.*  **$13,280.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**
**Sunoco**
**PO Box 78013**
**Phoenix, AZ 85062-8013**

Date(s) debt was incurred _

Last 4 digits of account number **1686**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,687.51**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**
**Syracuse Label Company**
**200 Stewart Drive**
**Syracuse, NY 13212**

Date(s) debt was incurred _

Last 4 digits of account number **1133**

As of the petition filing date, the claim is: *Check all that apply.*  **$78,486.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**
**Tellus (Provision)**
**82579 Fleming Way, Suite E**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**
**U.S. Food & Drug Administration**
**10903 New Hampshire Avenue**
**Silver Spring, MD 20993**

Date(s) debt was incurred _

Last 4 digits of account number **810R**

As of the petition filing date, the claim is: *Check all that apply.*  **$24,595.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **OMUFA - MDF Facility Fee (311 Vineyard Ave, Highland site)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**
**U.S. Food & Drug Administration**
**33 Liberty Street**
**New York, NY 10045**

Date(s) debt was incurred _

Last 4 digits of account number **811R**

As of the petition filing date, the claim is: *Check all that apply.*  **$24,595.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **OMUFA - MDF Facility Fee (521 Main Street, New Paltz)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ultra Seal Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,665.96**

Uline
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1141**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$555.00**

Ulster County Chamber of Commerce
Fair Street
Kingston, NY 12401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$357,139.99**

Ultra-Tab Laboratories, Inc.
521 Main Street
New Paltz, NY 12561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0254**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Veritas/Mylan
PO Box 2648
Portland, OR 97208-2648

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible recall claim against debtors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$282.16**

Videojet Technologies, Inc.
1500 Mittel Boulevard
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1442**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,928.21**

Viking Industries, Inc.
PO Box 249
New Paltz, NY 12561

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1768**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$975.00**

West Essex Graphics, Inc.
305 Fairfield Avenue
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0105**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ultra Seal Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,964.70 |

**XPO Logistics Freight, Inc.**
**4530 Steelway Blvd. South**
**Liverpool, NY 13090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0813**

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dynamic Legal Recovery**<br>**25600 Rye Canyon Road, #209**<br>**Valencia, CA 91355** | Line **3.53**<br>☐ Not listed. Explain ____ | **0136** |
| 4.2 | **Gascogne Flexible**<br>**3017 Douglas Boulevard, #300**<br>**Roseville, CA 95661** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Harry Payton, Esq.**<br>**Payton & Associates**<br>**2 S. Biscayne Blvd, Suite 2300**<br>**Miami, FL 33131** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Relin, Goldstein & Crane, LLP**<br>**28 E. Main Street, Suite 1800**<br>**Rochester, NY 14614** | Line **3.53**<br>☐ Not listed. Explain ____ | **1803** |
| 4.5 | **Rick Ruz, PLLC**<br>**7355 SW 87th Avenue, Suite 200**<br>**Miami, FL 33173** | Line **3.59**<br>☐ Not listed. Explain ____ | **CA01** |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 5,477,027.97 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,477,027.97 |

**Fill in this information to identify the case:**

Debtor name    **Ultra Seal Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease on commercial real property located at 5 Orchard Drive, Gardiner, NY** | |
| | State the term remaining | | **261 Upper North Road, LLC** |
| | List the contract number of any government contract | | **521 Main Street** **New Paltz, NY 12561** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease on commercial real property located at 521 Main Street, New Paltz, NY** | |
| | State the term remaining | | **521 Main Street LLC** |
| | List the contract number of any government contract | | **521 Main Street** **New Paltz, NY 12561** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Garbage/cardboard compactor** | |
| | State the term remaining | | **Advanced Compactor Rentals Inc.** |
| | List the contract number of any government contract | **00116942** | **PO Box 528** **Taunton, MA 02780** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Quality Agreement** | |
| | State the term remaining | | **Agile RX, LLC** |
| | List the contract number of any government contract | | **7804 Parsons Pine Drive** **Boynton Beach, FL 33437** |

Debtor 1    **Ultra Seal Corporation**                                    Case number (*if known*) _____
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Quality Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **B.F. Ascher & Company, Inc.**<br>**15501 West 109th Street**<br>**Lenexa, KS 66219** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Quality Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cintas Corporation**<br>**6800 Cintas Boulevard**<br>**Mason, OH 45056** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Good manufacturing practice (GMP) agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **DMD Pharmaceuticals**<br>**15268 Stony Creek Way**<br>**Noblesville, IN 46060** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Macola accounting software (support); Subscription expires 6/30/25**<br><br>State the term remaining<br><br>List the contract number of any government contract — **C17479** | **ECI Macola/Max LLC**<br>**5455 Rings Road, Suite 100**<br>**Dublin, OH 43017** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **2020 GMC Terrain - Expires December, 2022**<br><br>State the term remaining — **3 months**<br><br>List the contract number of any government contract — **0170306268** | **GM Financial Leasing**<br>**PO Box 100**<br>**Buffalo, NY 14231** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Quality Agreement**<br><br>State the term remaining | **Lil Drug Store Products, Inc.**<br>**1201 Continental Place NE**<br>**Cedar Rapids, IA 52402** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 2 of 4

Debtor 1   **Ultra Seal Corporation**                                         Case number *(if known)* _____
         First Name         Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  List the contract number of any government contract | _____ |
|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **GMP Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Medline Canada Corporation**<br>**3-8690 Escarpment Way**<br>**Milton, ON L9T 0M1**<br>**Canada** |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Postage meter lease (SendPro C Series - Version 4); 63 month term, expires 2026** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes Global Financial Services**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** |
| | List the contract number of any government contract | **0041115989** | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease on commercial real property located at 311 Vineyard Avenue, Highland, NY** | |
|---|---|---|---|
| | State the term remaining | | **Reins Properties, Inc.**<br>**521 Main Street**<br>**New Paltz, NY 12561** |
| | List the contract number of any government contract | _____ | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Quality agreement** | |
|---|---|---|---|
| | State the term remaining | | **Victus, Inc.**<br>**4918 SW 74th Court**<br>**Miami, FL 33155** |
| | List the contract number of any government contract | _____ | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on 2013 Toyota 7FBEU15 Forklift (Serial #25219)** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo**<br>**PO Box 3072**<br>**Cedar Rapids, IA 52406-3072** |
| | List the contract number of any government contract | **301-3831604-002** | |

| Debtor 1 | **Ultra Seal Corporation** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on 2013 Toyota Forklift 7FBEU15 (Serial #25213)** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo** |
| | List the contract number of any government contract | **301-3831604-001** | **PO Box 3072** |
| | | | **Cedar Rapids, IA 52406-3072** |

**Fill in this information to identify the case:**

Debtor name     **Ultra Seal Corporation**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **261 Upper North Road, LLC** | **521 Main Street New Paltz, NY 12561** | **M&T Bank** | ☐ D _____ <br> ■ E/F __3.38__ <br> ☐ G _____ |
| 2.2 | **Dennis Borrello** | **94 South Gate Drive Poughkeepsie, NY 12601** | **M&T Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Ultra-Tab Laboratories, Inc.** | **521 Main Street New Paltz, NY 12561** | **M&T Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Ultra Seal Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **12/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,750,564.64** |
   | **For year before that:**<br>From **12/01/2020** to **11/30/2021** | ■ Operating a business<br>☐ Other _____ | **$22,374,322.00** |
   | **For the fiscal year:**<br>From **12/01/2019** to **11/30/2020** | ■ Operating a business<br>☐ Other _____ | **$26,748,096.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Debtor   **Ultra Seal Corporation**                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Gascogne Flexible** | **7/15/22** | **$52,173.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   **Ultra Seal Corporation**                                    Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Ultra-Tab Laboratories, Inc.**<br>**521 Main Street**<br>**New Paltz, NY 12561**<br>**Affiliated entity** | **10/18/21 -**<br>**$75,760.67**<br>**10/27/21 -**<br>**$75,644.72**<br>**10/28/21 -**<br>**$70,908.89**<br>**11/2/21 -**<br>**$229,955.30**<br>**11/12/21 -**<br>**$158,507.68**<br>**11/24/21 -**<br>**$60,181.25**<br>**12/23/21**<br>**-$48,981.61**<br>**1/10/22 -**<br>**$64,382.16**<br>**1/25/22**<br>**-$184,731.68**<br>**2/1/22 -**<br>**$69,462.70**<br>**2/11/22 -**<br>**$90,978.37**<br>**2/15/22 -**<br>**$16,125.79**<br>**2/22/22 -**<br>**$81,224.63**<br>**2/28/22 -**<br>**$59,738.20**<br>**3/3/22 -**<br>**$90,302.18**<br>**3/3/22 -**<br>**$47,168.73**<br>**3/4/22 -**<br>**$130,371.23**<br>**3/11/22 -**<br>**$101,053.98**<br>**3/14/22 -**<br>**$25,731.62**<br>**3/18/22 -**<br>**$44,878.18**<br>**3/24/22 -**<br>**$12,722.40**<br>**3/25/22 -**<br>**$19,824.00** | **Unknown** | **Payments for goods provided** |

Debtor   **Ultra Seal Corporation**                                        Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Ultra-Tab Laboratories, Inc.**<br>**521 Main Street**<br>**New Paltz, NY 12561**<br>**Affiliated entity** | **4/4/22<br>-$74,478.00<br>4/11/22<br>-$73,793.15<br>4/19/22<br>-$54,921.27<br>4/25/22 -<br>$51,819.55<br>4/26/22 -<br>$61.148.56<br>5/10/22 -<br>$28,936.61<br>5/10/22 -<br>$31,253.69<br>5/24/22 -<br>$42,500.00<br>5/25/22 -<br>$25,000.00<br>5/27/22 -<br>$10,000.00<br>6/6/22 -<br>$90,000.00<br>6/13/22 -<br>$35,000.00<br>6/16/22 -<br>$15,000.00<br>6/20/22 -<br>$26,500.00<br>6/28/22 -<br>$26,500.00<br>6/28/22 -<br>$9,453.39<br>7/5/22 -<br>$45,000.00<br>7/13/22 -<br>$26,500.00<br>7/25/22 -<br>$10,000.00<br>8/4/22 -<br>$25,000.00<br>8/26/22 -<br>$44,125.42<br>9/22/22 -<br>$9,000<br>9/30/22 -<br>$10,000** | **Unknown** | **Payments for goods provided** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Ultra Seal Corporation**                                        Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Promex, LLC v. Ultra Seal Corporation**<br>**Index No. 2022-006142-CA-01** | **Judgment proceeding/Recall claim** | **Circuit Court (11th Circuit)**<br>**Miami Dade County, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Package All, LLC v. Ultra Seal Corporation**<br>**Index No. EF2022-1803** | **Judgment proceeding** | **Ulster County Supreme Court**<br>**285 Wall Street**<br>**Kingston, NY 12401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    **Ultra Seal Corporation**                                        Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Genova, Malin & Trier LLP 1136 Route 9 Wappingers Falls, NY 12590** | **Attorneys' Fees** | **October 11, 2021** | **$2,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Genova, Malin & Trier LLP 1136 Route 9 Wappingers Falls, NY 12590** | **Attorneys' Fees** | **August 24, 2022** | **$30,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Ultra Seal Corporation**        Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.

   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.

   ■ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.

       ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Ultra-Seal Corporation 401(k) Profit Sharing Plan** | EIN: **13-2888109** |

Has the plan been terminated?

■ No

☐ Yes

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Bank of America** | **Dennis Borrello** | **Documents -- sale agreement, life insurance paperwork** | ☐ No ■ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor    **Ultra Seal Corporation**                                      Case number *(if known)* _____

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
|  |  |

Debtor    **Ultra Seal Corporation**                                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **RBT CPAs**<br>**11 Racquet Road**<br>**PO Box 10009**<br>**Newburgh, NY 12552-0009** | **2004 - present** |
| 26a.2.    **Terence Murphy (Comptroller)** | **1998 - present** |
| 26a.3.    **Fran Griffiths (AP)** | **2000 - present** |
| 26a.4.    **Nancy Oxford (Receivables/payroll)** | **1988 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Rich Boudreau** | **November 31, 2021** | **$4,578,873.94 - cost basis** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **UltraSeal Corporation**<br>**521 Main Street**<br>**New Paltz, NY 12561** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dennis Borrello** | **94 South Gate Drive**<br>**Poughkeepsie, NY 12601** | **President** | **84%** |

Debtor  **Ultra Seal Corporation**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dawn Borrello | 16 Tall Pines Road<br>New Paltz, NY 12561 | | 4% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Borrello | 26 Old Mill Drive<br>Poughkeepsie, NY 12603 | | 4% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carisa Borrello | 582 North Chokidee Lake Road<br>New Paltz, NY 12561 | | 4% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Altieri | 272 Orchard Road<br>Highland, NY 12528 | | 4% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Diane Altieri | $75,000 | 10/2021 - 10/2022 | Salary |
| | **Relationship to debtor**<br>Dennis Borrello's partner | | | |
| 30.2. | Mary Borrello | $200/week | 10/2021 - 10/2022 | Salary |
| | **Relationship to debtor** | | | |
| 30.3. | Carisa Borrello | $600/week | 10/2021 - 10/2022 | Salary |
| | **Relationship to debtor**<br>Shareholder | | | |

Debtor   **Ultra Seal Corporation**                                                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Dawn Borrello** | **$190,000** | **10/2021 - 10/2022** | **Salary** |
| | Relationship to debtor **Shareholder** | | | |
| 30.5. | **Michael Borrello** | **$175,000** | **10/2021 - 10/2022** | **Salary** |
| | Relationship to debtor **Shareholder** | | | |
| 30.6. | **Dennis Borrello** | **$75,000** | **10/2021 - 10/2022** | **Salary** |
| | Relationship to debtor **President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  6, 2022**

**/s/ Dennis Borrello**                              **Dennis Borrello**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re   **Ultra Seal Corporation**                                              Case No.

                                                    Debtor(s)          Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **October  6, 2022**                           **/s/ Dennis Borrello**
                                                        **Dennis Borrello**/**President**
                                                        Signer/Title

.

261 UPPER NORTH ROAD, LLC
521 MAIN STREET
NEW PALTZ, NY 12561


521 MAIN STREET LLC
521 MAIN STREET
NEW PALTZ, NY 12561


AARON BRYANT STEWART & CROSS/TRICORBRAUN
3189 PRINCETON ROAD, SUITE 217
HAMILTON, OH 45011


AD FLEX CORPORATION
300 ORMOND STREET
ROCHESTER, NY 14605


ADVANCED COMPACTOR RENTALS INC.
PO BOX 528
TAUNTON, MA 02780


ADVANCED FIRST AID, INC.
9321 PHILADELPHIA ROAD, SUITE A-B
BALTIMORE, MD 21237


AERO HEALTHCARE US LLC
616 CORPORATE WAY
VALLEY COTTAGE, NY 10989


AGILE RX, LLC
7804 PARSONS PINE DRIVE
BOYNTON BEACH, FL 33437


ALLIANZ TRADE / EULER HERMES COLLECTIONS
800 RED BROOK BLVD, SUITE 400C
OWINGS MILLS, MD 21117


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270


AMERICAN PRINTING & OFFICE SUPPLIES
867 FLATBUSH ROAD
KINGSTON, NY 12401

ARAMARK (AFASSCO/WESTERN FIRST AID)
ARAMARK UNIFORM SERVICES
775 C TIPTON INDUSTRIAL DRIVE
LAWRENCEVILLE, GA 30046


AUROHEALTH (VIATRIS/MYLAN)
279 PRINCETON-HIGHTSTOWN ROAD
HIGHTSTOWN, NJ 08520


B.F. ASCHER & COMPANY, INC.
15501 WEST 109TH STREET
LENEXA, KS 66219


BRASK ENTERPRISES, INC.
PO BOX 551
ATTLEBORO, MA 02703


BRIDGES HEALTHCARE (CLARION)
1100 MARKET STREET, SUITE 600
CHATTANOOGA, TN 37402


CANNON SOLUTIONS AMERICA, INC.
15004 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0150


CHURCH & DWIGHT
PRINCETON SOUTH CORPORATE CENTER
500 CHARLES EWING BOULEVARD
TRENTON, NJ 08628


CINTAS (RESPOND/ZEE)
FIRST AID AND SAFETY
6800 CINTAS BOULEVARD
MASON, OH 45040


CINTAS CORPORATION
6800 CINTAS BOULEVARD
MASON, OH 45056


CONTRACT PACKAGING, INC.
PO BOX 422
LA GRANGE, IL 60525

DBI
9700 N. MICHIGAN ROAD
CARMEL, IN 46032


DENNIS BORRELLO
94 SOUTH GATE DRIVE
POUGHKEEPSIE, NY 12601


DMD PHARMACEUTICALS
15268 STONY CREEK WAY
NOBLESVILLE, IN 46060


DYNAMIC LEGAL RECOVERY
25600 RYE CANYON ROAD, #209
VALENCIA, CA 91355


ECI MACOLA/MAX LLC
5455 RINGS ROAD, SUITE 100
DUBLIN, OH 43017


ESTES EXPRESS LINES
PO BOX 105160
ATLANTA, GA 30348-5160


EUROFINS FOOD CHEMISTRY MADISON, INC.
PO BOX 1482
CAROL STREAM, IL 60132-1482


EXXONMOBIL / GECC
PO BOX 78001
PHOENIX, AZ 85062-8001


FINE TRUCKING, INC.
3461 S. CLINTON AVENUE
SOUTH PLAINFIELD, NJ 07080


FORTIS SOLUTIONS GROUP LLC
1870 WARDROBE AVENUE
MERCED, CA 95341


FORWARD BROKERAGE LLC
EAST 2ND AVENUE & EAST 7TH STREET
ALTOONA, PA 16602

GANEDEN BIOTECH INC.
5800 LANDERBROOK DRIVE, SUITE 300
ATTN: MIKE BUSH
CLEVELAND, OH 44124


GASCOGNE FLEXIBLE
3017 DOUGLAS BOULEVARD, #300
ROSEVILLE, CA 95661


GM FINANCIAL LEASING
PO BOX 100
BUFFALO, NY 14231


GRANULES USA, INC.
35 WATERVIEW BOULEVARD, 3RD FLOOR
PARSIPPANY, NJ 07054


HARRY PAYTON, ESQ.
PAYTON & ASSOCIATES
2 S. BISCAYNE BLVD, SUITE 2300
MIAMI, FL 33131


INTEGRATED ANALYTICAL LABORATORIES LLC
PO BOX 8026
PARSIPPANY, NJ 07054


ITS LOGISTICS
PO BOX 1057
INMAN, SC 29349


JAMES HORAN
114 FRANKLIN STREET, SUITE 2HI
MORRISTOWN, NJ 07960


JAMESTOWN CONTAINER
PO BOX 8
JAMESTOWN, NY 14702-0008


JOHNSON CONTROLS FIRE PROTECTION LP
DEPT CH 10320
PALATINE, IL 60055-0320


KDV LABEL CO., INC.
431 W. NEWHALL AVENUE
WAUKESHA, WI 53186

KEYSTONE FOLDING BOX COMPANY
367 VERONA AVENUE
NEWARK, NJ 07104


KRAMER NOVIS
NOVIS PR, LLC
320 BARBOSA AVENUE
SAN JUAN, PR 00917


LIL DRUG STORE PRODUCTS, INC.
9300 EARHART LANE SW
CEDAR RAPIDS, IA 52404


LIL DRUG STORE PRODUCTS, INC.
1201 CONTINENTAL PLACE NE
CEDAR RAPIDS, IA 52402


LITTLE DRUG STORE/CONVENIENCE VALET
200 REGENCY DRIVE
GLENDALE HEIGHTS, IL 60139


M&T BANK
ONE M&T PLAZA
BUFFALO, NY 14203


M&T BANK
PO BOX 10090
NEWBURGH, NY 12552


MASY BIOSERVICES
27 LOMAR PARK DRIVE
PO BOX 485
PEPPERELL, MA 01463


MCMASTER CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690


MEDIQUE
17080 ALICO COMMERCE CT., SUITE 1
FORT MYERS, FL 33967

MEDLINE CANADA CORPORATION
3-8690 ESCARPMENT WAY
MILTON, ON L9T 0M1
CANADA


MEDLINE INDUSTRIES INC.
THREE LAKES DRIVE
NORTHFIELD, IL 60093


MILLER ENVIRONMENTAL GROUP, INC.
538 EDWARDS AVENUE
CALVERTON, NY 11933


NELSON LABORATORIES FAIRFIELD, INC.
734182 NETWORK PLACE
CHICAGO, IL 60673-1735


NEOSTRATA COMPANY, INC.
PO BOX 7410037
CHICAGO, IL 60674-5037


NESTLE (PHYSICIANS SEAL)
950 W. RENWICK ROAD
ROMEOVILLE, IL 60446


NFP PROCESSING
PO BOX 296
FLORIDA, NY 10921


NOBLE GAS SOLUTIONS
10 ERIE BOULEVARD
ALBANY, NY 12204


NORMED
4320 S. 131ST PLACE
SEATTLE, WA 98168


NORTH SAFETY PRODUCTS
UPS CALEXICO WAREHOUSE
1757 CARR ROAD, SUITE 100E
CALEXICO, CA 92231


OLIVER INC.
251 AUTHORITY DRIVE
FITCHBURG, MA 01420

PACKAGE ALL LLC
655 CHURCH STREET
BAYPORT, NY 11705


PEACE OF MIND SALES
1219 MORNINGSIDE DRIVE
NORTH FORT MYERS, FL 33903


PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484


PRESTIGE PACKAGING
17080 ALICO COMMERCE COURT, SUITE 4
FORT MYERS, FL 33912


PRIDE SOLVENTS & CHEMICAL COMP OF NY
PO BOX 36254
NEWARK, NJ 07188-6254


PRIME MATERIALS ASSOCIATES, INC.
72 COMMERCE DRIVE
UXBRIDGE, MA 01569


PROIMMUNE COMPANY
64 EAST MARKET STREET
RHINEBECK, NY 12572


PROMEX LLC
PO BOX 63076
MIAMI, FL 33163


RADWELL INTERNATIONAL LLC
1 MILLENNIUM DRIVE
WILLINGBORO, NJ 08046-1000


REINS PROPERTIES, INC.
521 MAIN STREET
NEW PALTZ, NY 12561


RELIN, GOLDSTEIN & CRANE, LLP
28 E. MAIN STREET, SUITE 1800
ROCHESTER, NY 14614

RICK RUZ, PLLC
7355 SW 87TH AVENUE, SUITE 200
MIAMI, FL 33173


SELECT
1433 WAINWRIGHT WAY
CARROLLTON, TX 75007


SPIRIT PHARMACEUTICALS, LLC
2004 2 ORVILLE DRIVE NORTH
RONKONKOMA, NY 11779


SUNOCO
PO BOX 78013
PHOENIX, AZ 85062-8013


SYRACUSE LABEL COMPANY
200 STEWART DRIVE
SYRACUSE, NY 13212


TELLUS (PROVISION)
82579 FLEMING WAY, SUITE E
INDIO, CA 92201


U.S. FOOD & DRUG ADMINISTRATION
10903 NEW HAMPSHIRE AVENUE
SILVER SPRING, MD 20993


U.S. FOOD & DRUG ADMINISTRATION
33 LIBERTY STREET
NEW YORK, NY 10045


ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741


ULSTER COUNTY CHAMBER OF COMMERCE
FAIR STREET
KINGSTON, NY 12401


ULTRA-TAB LABORATORIES, INC.
521 MAIN STREET
NEW PALTZ, NY 12561

VERITAS/MYLAN
PO BOX 2648
PORTLAND, OR 97208-2648


VICTUS, INC.
4918 SW 74TH COURT
MIAMI, FL 33155


VIDEOJET TECHNOLOGIES, INC.
1500 MITTEL BOULEVARD
WOOD DALE, IL 60191


VIKING INDUSTRIES, INC.
PO BOX 249
NEW PALTZ, NY 12561


WELLS FARGO
PO BOX 3072
CEDAR RAPIDS, IA 52406-3072


WEST ESSEX GRAPHICS, INC.
305 FAIRFIELD AVENUE
FAIRFIELD, NJ 07004


XPO LOGISTICS FREIGHT, INC.
4530 STEELWAY BLVD. SOUTH
LIVERPOOL, NY 13090