GENOVA, MALIN & TRIER, LLP
Attorneys at Law
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590

December 16, 2022

U.S. Bankruptcy Court
355 Main Street
Poughkeepsie NY 12601

**Via ECF Filing**

**Re: Ultra Seal Corporation / Ultra-Tab Laboratories, Inc.**
**Chapter 11 Case No. 22-35630 (CGM)**

Dear Sir/ Madam:

On November 29, 2022, the Debtors filed an Application for an Order Approving Employment of Union Standard Equipment ("Union Standard"), as Auctioneer for the Debtors, in the above referenced case. This letter is sent to advise the Court that Union Standard has agreed to reduce the buyer's premium it collects, as set forth in Paragraph 2.1 of Exhibit "A" annexed to the Application, to thirteen percent (13%) for a total buyer's premium of sixteen percent (16%) levied.

Thank you for your attention to this matter.

Respectfully yours,

GENOVA, MALIN & TRIER, LLP

By: /s/ Michelle L. Trier
MICHELLE L. TRIER

Understood and Agreed:
ULTRA SEAL CORPORATION
ULTRA-TAB LABORATORIES, INC.

/s/ Dennis Borrello
DENNIS BORRELLO, President

UNION STANDARD EQUIPMENT

/s/ John Greenberg
JOHN GREENBERG, Co-President

cc: David Tang, Esq. (via email)
Alicia Leonhard, Esq. (via email)