UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

---------------------------------------------------X

IN RE:

ULTRA SEAL CORPORATION and
ULTRA-TAB LABORATORIES, INC.,

Debtors.

---------------------------------------------------X

CHAPTER 11
CASE NO. 22-35630 (CGM)

(Jointly Administered)

**ORDER APPROVING APPLICATION TO RETAIN UNION STANDARD EQUIPMENT, AS AUCTIONEER TO THE DEBTORS**

UPON the annexed application of ULTRA SEAL CORPORATION and ULTRA-TAB LABORATORIES, INC., the debtors herein, dated November 29, 2022, for an Order, pursuant to 11 U.S.C. §327(a) and Local Bankruptcy Rule 6005-1, authorizing it to retain UNION STANDARD EQUIPMENT ("UNION") as auctioneer to the Debtors and the Court being satisfied that employment of UNION is in the best interest of the estate, that UNION does not represent or hold any interest adverse to the Debtors or to the estate, is a disinterested person within the meaning of 11 U.S.C. § 101(14), and does not and will not while employed by the Debtors, represent in connection with the case, a creditor and that its employment is necessary, and sufficient cause appearing therefor, it is pursuant to 11 U.S.C. Section 327(a),

AND, after due deliberation and sufficient cause appearing therefore it is;

ORDERED, that the Application is granted; and it is further

ORDERED, the Debtors are authorized to retain UNION, as auctioneer to the Debtors, to conduct an auction sale of the Assets of the debtor, Ultra-Tab Laboratories, Inc., as set forth in the Debtors' Application dated November 29, 2022; and it is further

ORDERED, the procedures for the auction, including the Commission (as defined

in the Application) to UNION, are hereby approved, subject to terms as set forth in the retention application; including, but not limited to the filing of a bond or proof of insurance acceptable to the United States Trustee in advance of any sale, and it is further

ORDERED, that, in accordance with Local Bankruptcy Rule 6004(f), UNION shall file a report of the auction sale with the Court and transmit a copy of said report to the United States Trustee within twenty-one (21) days after the last date of the auction, and it is further

ORDERED, that all compensation and reimbursement of expenses shall be payable only after application and award in such amounts are deemed reasonable by the Court pursuant to 11 U.S.C. §330.

No Objection:
WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
By: /s/ Alicia M. Leonhard
Alicia M. Leonhard
Trial Attorney
Dated: December 30, 2022

**/s/ Cecelia G. Morris**

**Dated: January 4, 2023**
**Poughkeepsie, New York**

**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**