GENOVA, MALIN & TRIER LLP
Attorneys for the Debtors
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
Andrea B. Malin, Esq. (AM4424)
Michelle L. Trier, Esq. (MT1212)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | |
|---|---|
| ---------------------------------------------X | |
| IN RE: | **CHAPTER 11** |
| ULTRA SEAL CORPORATION and<br>ULTRA-TAB LABORATORIES, INC., | **CASE NO.: 22-35630 (CGM)** |
| Debtors. | **(Jointly Administered)** |
| ---------------------------------------------X | |

# NOTICE OF INTENDED SALE

Notice is hereby given that beginning on **MARCH 13, 2023 and closing on APRIL 20, 2023 at 10:00 a.m.,** the above-captioned debtor, pursuant to 11 U.S.C. §§363(b) and 363(f), intends to sell via online auction at www.bidspotter.com, the following:

**THE DEBTOR'S RIGHT, TITLE AND INTEREST IN AND TO SUBSTANTIALLY ALL ITS PROPERTY (LIST ANNEXED HERETO AS EXHIBIT 'A')**

1. This notice is given in order to permit parties in interest the opportunity to participate in the online auction process or to object to the intended sale and request a hearing. Unless a party in interest files a written objection and request for hearing **before 5:00 p.m. on March 29, 2023** the intended sale described in this notice will go forward. Objections stating the reason therefor should be filed with the U. S. Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601 with copies to the debtor's attorney at the address shown below and the U.S. Trustee, 11A Clinton Avenue, Room 620, Albany, New York, 12207.

2. In the event of any written objections and requests for a hearing, the Bankruptcy Court will schedule a hearing on appropriate notice and the auction sale (as currently scheduled) will be canceled.

3. Terms of sale: The assets will be sold via online auction, accessible at www.bidspotter.com. The debtor's assets and auction will "go live" on March 13, 2023 with the closing date of the auction to be set for Thursday, April 20, 2023 at 10:00 a.m. All interested parties must comply with the terms and conditions set forth by the website host (bidspotter.com), including

terms of payment. The assets shall be sold on an "as is, where is" basis without representations or warranties of any kind or nature, subject to NO conditions at sale. The auction is an absolute auction with no reserve placed on any item.

4. Said assets are being sold free and clear of liens, with valid liens, if any, to be paid pursuant to the terms of an Order of the Court to be entered with respect hereto.

Dated: Wappingers Falls, New York
March 8, 2023

GENOVA, MALIN & TRIER LLP
Attorneys for Debtor

By: /s/ Michelle L. Trier
MICHELLE L. TRIER (MT1212)
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
(845) 298-1600