

## PROOF OF PUBLICATION

Michelle Trier
THOMAS GENOV
Genova & Malin
1136 RT. 9
HAMPTON BUSINESS CENTER
WAPPINGERS FALLS NY 12590

STATE OF NEW YORK, COUNTY OF ORANGE

The Times Herald-Record, a daily newspaper distributed in the Orange, Ulster, Pike, PA and Sullivan Counties, published in the English language in the City of Middletown, County of Orange, State of New York printed and published and personal knowledge of the facts herein state and that the notice hereto annexed was Published in said newspapers in the issues dated on:

03/13/2023

and that the fees charged are legal.
Sworn to and subscribed before on 03/13/2023

Legal Clerk

Notary, State of WI, County of Brown

8·25·26

My commission expires

| | |
|---|---|
| Publication Cost: | $220.70 |
| Order No: | 8559152 |
| Customer No: | 684275 |
| PO #: | |

# of Copies: 1

### THIS IS NOT AN INVOICE!

*Please do not use this form for payment remittance.*

```
MARIAH VERHAGEN
Notary Public
State of Wisconsin
```

GENOVA, MALIN & TRIER LLP
Attorneys for the Debtors
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
Andrea B. Malin, Esq. (AM4424)
Michelle L. Trier, Esq. (MT1212)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------- X
IN RE:                                                    **CHAPTER 11**

ULTRA SEAL CORPORATION and           **CASE NO.: 22-35630 (CGM)**
ULTRA-TAB LABORATORIES, INC.,

         Debtors.                                        **(Jointly Administered)**
-------------------------------------------------- X

## NOTICE OF INTENDED SALE

Notice is hereby given that beginning on **MARCH 13, 2023 and closing on APRIL 20, 2023 at 10:00 a.m.,** the above-captioned debtor, pursuant to 11 U.S.C. §§363(b) and 363(f), intends to sell via online auction at www.bidspotter.com, the following:

THE DEBTOR, ULTRA-TAB LABORATORIES, INC.'S, RIGHT, TITLE AND INTEREST IN AND TO SUBSTANTIALLY ALL ITS PROPERTY (DETAILED LIST AVAILABLE UPON REQUEST TO COUNSEL BELOW)

1. This notice is given in order to permit parties in interest the opportunity to participate in the online auction process or to object to the intended sale and request a hearing. Unless a party in interest files a written objection and request for hearing **before 5:00 p.m. on March 29, 2023** the intended sale described in this notice will go forward. Objections stating the reason therefor should be filed with the U. S. Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601 with copies to the debtor's attorney at the address shown below and the U.S. Trustee, 11A Clinton Avenue, Room 620, Albany, New York, 12207.

2. In the event of any written objections and requests for a hearing, the Bankruptcy Court will schedule a hearing on appropriate notice and the auction sale (as currently scheduled) will be canceled.

3. Terms of sale: The assets will be sold via online auction, accessible at www.bidspotter.com. The debtor's assets and auction will "go live" on March 13, 2023 with the closing date of the auction to be set for Thursday, April 20, 2023 at 10:00 a.m. All interested parties must comply with the terms and conditions set forth by the website host (bidspotter.com), including terms of payment. The assets shall be sold on an "as is, where is" basis without representations or warranties of any kind or nature, subject to NO conditions at sale. The auction is an absolute auction with no reserve placed on any item.

4. Said assets are being sold free and clear of liens, with valid liens, if any, to be paid pursuant to the terms of an Order of the Court to be entered with respect hereto.

Dated: Wappingers Falls, New York
       March 8, 2023

                                GENOVA, MALIN & TRIER LLP
                                Attorneys for Debtors
                         By:    /s/ Michelle L. Trier
                                MICHELLE L. TRIER (MT1212)
                                Hampton Business Center
                                1136 Route 9
                                Wappingers Falls,
                                NY 12590 (845) 298-1600
                                michelle@gmtllp.comy7s for Debtors