GENOVA, MALIN & TRIER, LLP
Attorneys for Debtors
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Andrea B. Malin, Esq. (AM4424)
Michelle L. Trier, Esq. (MT1212)
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------x
IN RE:

| | |
|---|---|
| ULTRA SEAL CORPORATION and<br>ULTRA-TAB LABORATORIES, INC., | **CHAPTER 11**<br>**CASE NO. 22-35630 (CGM)** |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------x

REPORT OF SALE

TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:

MICHELLE L. TRIER, attorney for the debtor, Ultra-Tab Laboratories, Inc., does hereby render the following Report of Sale, in accordance with Southern District of New York, Local Bankruptcy Rule 6004-1(f):

1. On April 20, 2023, a sale was conducted via online auction at www.bidspotter.com by UNION STANDARD EQUIPMENT, auctioneer for the debtor, of the debtor's right, title and interest, if any, in the following assets:

**CERTAIN PERSONAL PROPERTY OF THE DEBTOR'S AS SET FORTH MORE FULLY IN EXHIBIT "A" ANNEXED HERETO**

was sold for a gross "hammer" price of $443,750.00.

2. A list of the assets of the debtor that were offered for sale during the auction and were not sold are annexed hereto as Exhibit "B".

3. The debtor anticipates that the commissions to be paid from the "hammer" price of the auction will be $44,375.00 - paid to UNION STANDARD EQUIPMENT in its role as

auctioneer to the debtor. In accordance with the terms and conditions of the auction, UNION STANDARD EQUIPMENT charged and collected a 16% buyers' premium commission directly from the buyers - the sum of $71,000.00 (in addition to the hammer price). The sum of $109,457.00 was charged to buyers for rigging fees on top of the "hammer" price. Said fees were collected by UNION STANDARD EQUIPMENT and shall be paid to Eagle Rigging & Transport as reasonable and necessary expenses in connection with the removal and shipment of certain pieces of the debtor's equipment due to the size and weight thereof. An affidavit in accordance with Local Bankruptcy Rule 6004-1(g) is annexed hereto as Exhibit "C".

Dated: Wappingers Falls, New York
April 28, 2023

GENOVA, MALIN & TRIER, LLP
Attorneys for the Debtors

BY:

/s/ Michelle L. Trier
MICHELLE L. TRIER
1136 Route 9
Wappingers Falls, NY 12590