**EXHIBIT ‘A’**

| Lot No | Paddle Nu | Company | Description | Total Hammer Price |
|---|---|---|---|---|
| 179 | 5017 | Fusion Solution | Asset 312 - Enercon model LM2758-50 Compak Induction Sealer, water cooled with 2 | $600.00 |
| 203 | 5017 | | Asset 206 - Metler Express Digital Scale 150 lb capacity, 14" x 12" platform. $275.00 P | $300.00 |
| 152 | 5028 | Sweet Maple Candies | Asset 280 - Stokes BB2 45-station Rotary Tablet Press with keyed head, dual hoppers | $100.00 |
| 78 | 5030 | Min-Chem Canada | Asset 18 - Mettler Toledo Scale. Min 82 gram. Max 1510 gram. Model PB1501-S/FACT | $100.00 |
| 54 | 5031 | Brooklyn Spice | Asset 248 - Stokes model 44-0 Stainless Steel Tornado mill with screen, serial#685048 | $3,000.00 |
| 2 | 5040 | Drugfield Pharmaceutical | Asset 184 - Ross High Shear Mixer with 1 HP, 230/460 volt motor with 3"diameter rot | $700.00 |
| 18 | 5040 | | Asset 186 - Stainless Steel 100 gallon tank 36" diameter x 23" deep with air operated | $600.00 |
| 33 | 5040 | | Asset 221 - Garland 73 gallon 25 psi jacket with air operated Portable 6" diameter pro | $100.00 |
| 55 | 5040 | | Asset 251 - Stokes model 44-0 Stainless Steel Tornado Mill with screen, 5 HP, 230/460 | $2,000.00 |
| 59 | 5040 | | Asset 325 - O'Hara Technologies 48" Stainless Steel Coating Pan with perforated drum | $2,000.00 |
| 66 | 5040 | | Asset 6 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 10" tall. | $200.00 |
| 67 | 5040 | | Asset 7 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 10" tall. | $200.00 |
| 84 | 5040 | | Asset 24 - Reichert Abbe Mark II Digital Refractometer model 10450. Serial#02811903 | $200.00 |
| 86 | 5040 | | Asset 26 - Orion Star model A111 PH Meter serial#J-20667. $80.00 Packed in Double \ | $200.00 |
| 96 | 5040 | | Asset 36 - (2) Stainless Steel Storage Cabinets interior dimensions of each 16" wide x | $100.00 |
| 103 | 5040 | | Asset 43 - Market Forge Sterilmatic Autoclave serial#2-88. $345.00 Rigged and packed | $500.00 |
| 106 | 5040 | | Asset 46 - Thelco 5DG Incubator interior dimensions 19" wide x 16" deep x 27" tall wi | $600.00 |
| 107 | 5040 | | Asset 47 - Labnet Incubator inside dimensions 21"wide x 20" deep x 25" tall. $345.00 | $400.00 |
| 110 | 5040 | | Asset 50 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 10" tall | $100.00 |
| 123 | 5040 | | Asset 155 - Distek DF-3 Friabilator serial#DF971070XD, 110 volts. $80.00 Packed in Dc | $100.00 |
| 124 | 5040 | | Asset 167 - Erweka TBH28 Hardness Tester. $80.00 Packed in Double Wall Carton witl | $100.00 |
| 129 | 5040 | | Asset 230 - Distek DF-3 Friabilator. $80.00 Packed in Double Wall Carton with bubble | $100.00 |
| 137 | 5040 | | Asset 297 - Distek DF-3 Fribalator. $80.00 Packed in Double Wall Carton with bubble v | $100.00 |
| 140 | 5040 | | Asset 322 - Distek DF-3 Fribalator. $80.00 Packed in Double Wall Carton with bubble v | $100.00 |
| 202 | 5040 | | Asset 205 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platform. $ | $300.00 |
| 221 | 5040 | | Asset 246 - (4) Platform scales with two digital controllers. $345.00 Rigged and packed | $900.00 |
| 31 | 5045 | Rare Earth | Asset 159 - Stainless Steel 135 gallon Jacketed tank with Propellor mixer, 30"diameter | $5,000.00 |
| 35 | 5047 | KLC Biotechnoliga | Asset 103 - Sweco 48" stainless steel single deck sifter with cover on casters. $345.00 | $3,100.00 |
| 37 | 5047 | | Asset 106 - Glatt WSG-120 Stainless Steel Fluid Bed Dryer, serial#2671, 3 phase, 220/3 | $12,250.00 |
| 82 | 5047 | | Asset 22 - Fisher model PU1306-N820.901 Maximadry Vacuum Pump serial#1.162450 | $100.00 |
| 101 | 5047 | | Asset 41 - The Baker Company Sterilguard Fume Hood model SG603A-HE. Serial#1041 | $400.00 |
| 134 | 5047 | | Asset 274 - IKA Ultra Turrax Lab High Shear Homogenizer mixer with 1" diameter prop | $200.00 |
| 1 | 5049 | Vesta Pharmaceuticals | Asset 100 - Littleford FKM 600 Jacketed SS Plow Mixer, 75 psi jacket, serial#10071 wit | $26,000.00 |

| | | | | |
|---|---|---|---|---|
| 11 | 5049 | | Asset 101 - Garland 60 gallon SS Jacketed Cooking kettle with Lightnin Mixer, 25 psi, s | $3,300.00 |
| 13 | 5049 | | Asset 222 - Littleford FKM 600 Stainless Steel Plow Mixer with Two Choppers with hyc | $14,000.00 |
| 20 | 5049 | | Asset 188 - Alloy & Steel Fabricators 35 gallon Stainless Steel jacketed kettle with air c | $2,300.00 |
| 21 | 5049 | | Asset 316 - Hermann Waldner Stainless 20 gallon Steel Jacketed tank 19" diameter x 1 | $200.00 |
| 52 | 5049 | | Asset 239 - Kason 48" Single Deck Sifter without screen serial#0889-4055, 230/460 vo | $2,400.00 |
| 60 | 5049 | | Asset 315 - Master Machines 30" diameter single deck sifter without screen on portat | $800.00 |
| 72 | 5053 | Shields Pharma | Asset 12 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE82207541. ALS | $5,500.00 |
| 77 | 5053 | | Asset 17 - PerkenElmer Spectrum One FT-IR Spectrometer with computer, monitor an | $4,800.00 |
| 83 | 5053 | | Asset 23 - Electrothermal model 1A9300-MK1 serial#10107311 MEL-TEMP Melting Pc | $100.00 |
| 120 | 5053 | | Asset 60 - Branson model 8510 Sonicator. $80.00 Packed in Double Wall Carton with I | $400.00 |
| 122 | 5053 | | Asset 62 - Aquafine model MP-2-SL serial#GS 03/2019 030 120 volts Ultra Violet Purif | $1,100.00 |
| 128 | 5053 | | Asset 227 - Optimal Hardness Tester. $275.00 Packed in Tri-Wall carton with bubble w | $300.00 |
| 121 | 5057 | Restek | Asset 61 - Barnstead LabLine Multi- Wrist Shaker model 3589. Serial#0804-3204. $80. | $500.00 |
| 7 | 5061 | Erecon | Asset 143 - Fryma MZ-130 Stainless Steel Jacketed inline High Shear Mixer, serial#M1! | $3,800.00 |
| 10 | 5061 | | Asset 301A - Ross ME100 table top High Shear mixer with 2.5" diameter rotor, serial#. | $200.00 |
| 34 | 5061 | | Asset 135 - Bematek model CZ-260-PB-10 Stainless Steel inline High shear mixer, seria | $1,800.00 |
| 40 | 5061 | | Asset 112 - Cornell D26 Stainless Steel Versator, serial#6045 15-HP, 230/460 volt mot | $15,250.00 |
| 56 | 5061 | | Asset 255 - Graco Bulldog Drum Pump, air operated. $275.00 Packed in Tri-Wall carto | $200.00 |
| 58 | 5061 | | Asset 314 - Graco air operated drum pump. $275.00 Packed in Tri-Wall carton with bu | $100.00 |
| 183 | 5061 | | Asset 107 - LCT Digital Scale, serial#LC1711065. Weight range up to 33 lbs. $80.00 Pac | $100.00 |
| 245 | 5063 | Frankford candy | Asset 192 - (6) sections of pallet racking. $690.00 Rigged and packed on 48" x 40" pall | $1,200.00 |
| 30 | 5066 | Uniwell Labs | Asset 132 - Processing VesselTank apprx. 1200 gallon Stainless Steel and Jacketed witl | $38,000.00 |
| 62 | 5067 | Bio Lab Scientific | Asset 2 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE83234327. ALS s | $4,700.00 |
| 63 | 5067 | | Asset 3 - Agilent Technologies serias 1100 HPLC. COL COMP serial#US72102576. ALS s | $4,500.00 |
| 79 | 5067 | | Asset 19 - Agilent Technologies Cary 60 UV-Vis Detector. Model G6860A serial#AU113 | $3,500.00 |
| 119 | 5067 | | Asset 59 - Hanson model SR8+ Dissolution Unit 8 Pot serial#0305-0422. $275.00 Pack | $500.00 |
| 112 | 5072 | Equipment Lab | Asset 52 - Eppendorf model 5804 Centrifuge with rotor. $275.00 Packed in Tri-Wall ca | $500.00 |
| 69 | 5073 | 3E8 Scientifiv | Asset 9 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE23928832. ALS s | $2,100.00 |
| 36 | 5084 | NSL LLC | Asset 104 - Stokes 44-0 Stainless Steel Tornado Mill with hammers and screen, SS frar | $3,200.00 |
| 87 | 5085 | RM Fine Inc | Asset 27 - Thermo Scientific model SP88850100 Hot Plate stirrer. Serial#M301002005 | $300.00 |
| 260 | 5091 | Lee excel | Asset 302A - Powermatic Band Saw. $1250.00 Simple rigging. Skidding and crating is a | $500.00 |
| 262 | 5091 | | Asset 304A - Proforma metal bender. $345.00 Rigged and packed on 48" x 40" pallet I | $300.00 |
| 61 | 5054 | EZ Instruments | Asset 1 - Schimadzu UFLC HPLC. CBM-20A Communication bus module serial#L20235 | $5,700.00 |
| 71 | 5096 | Quantum Analytical | Asset 11 - Schimadzu HPLC. CBM-20A Communication bus module serial#L202356676 | $7,000.00 |

| | | | | |
|---|---|---|---|---|
| 130 | 5097 | | Asset 267 - Karl Fisher Aquastar V-200 Titrator. $80.00 Packed in Double Wall Carton | $500.00 |
| 115 | 5100 | CinBev | Asset 55 - Tyler RC-TAP model RX-29 serial#13332 Sieve Shaker with sieves. $275.00 F | $1,000.00 |
| 263 | 5101 | Power Line Packaging | Asset 305A - Colchester Lathe with 4-ft bed and 12" swing. $1250.00 Simple rigging. S | $1,500.00 |
| 3 | 5102 | Internationa Processing (IPP) | Asset 249 - Gemco 75 cuft Double Cone Stainless Steel Blender, Auto loader, Chopper | $6,000.00 |
| 5 | 5102 | | Asset 252 - Double Cone approx. 30 cuft Blender Stainless Steel, Inside dimensions: 9 | $200.00 |
| 12 | 5102 | | Asset 108 - Abbe 150 gallon Stainless steel, jacketed Pressure vessel,33.5" diameter x | $750.00 |
| 53 | 5102 | | Asset 244 - Changzhou 5-Kg Stainless Steel Fluid bed dryer with electrically heated coi | $1,000.00 |
| 73 | 5106 | Envantage | Asset 13 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE91609878. ALS | $4,700.00 |
| 114 | 5108 | Beacon Adhesives | Asset 54 - Phaeton Scientific model VO-16020 Vacuum Oven ser#V020DI0531 built 20 | $500.00 |
| 135 | 5111 | Industrial Molded Rubber Prod | Asset 275 - Lightnin Labmaster Table top mixer with 4" diameter propellor. $80.00 Pa | $400.00 |
| 181 | 5111 | | Asset 118 - Zebra model ZT420 label printer. $80.00 Packed in Double Wall Carton wit | $300.00 |
| 182 | 5111 | | Asset 119 - Zebra model ZT420 label printer. $80.00 Packed in Double Wall Carton wit | $300.00 |
| 28 | 5119 | AC Culinary Group | Asset 116 - 530 Gallon Stainless Steel Jacketed tank with Agitator with propellor with | $2,500.00 |
| 222 | 5119 | | Asset 25 3 - Optima OP900A Digital Platform scale 48" x 48". $345.00 Rigged and pack | $900.00 |
| 249 | 5119 | | Asset 256 - 3 step ladder with plaform. $345.00 Rigged and packed on 48" x 40" pallet | $400.00 |
| 4 | 5120 | Elcan Industries | Asset 250 - Double Cone approx. 100 cuft, Blender Stainless Steel, Inside dimensions | $1,000.00 |
| 91 | 5120 | | Asset 31 - Precision Scientific Thelco Electric Oven. 19" wide x 14" deep x 19" tall. 2 sh | $100.00 |
| 184 | 5120 | | Asset 117 - Prime digital platform scale with 55" x 60" with digital readout. $345.00 Ri | $300.00 |
| 172 | 5125 | World Aircraft | Asset 303 - Resina model RT20 inline Retorquer, serial#917075 with two sets of quills | $14,200.00 |
| 185 | 5125 | | Asset 126 - Tree Multiplus Digital Scale, serial#MCP1809043, 33 lb capacity, 7.5" x 10' | $100.00 |
| 186 | 5125 | | Asset 150 - LCT Digital Scale, serial#LC1711019. Weight range up to 33 lbs. $80.00 Pac | $100.00 |
| 187 | 5125 | | Asset 160 - Scale weighing Systems SWS LP7510 Digital Scale with 16" x 16" platform. | $300.00 |
| 188 | 5125 | | Asset 161 - Weigh South WS10 digital platform scale with 14" x 12" platform. $80.00 | $100.00 |
| 189 | 5125 | | Asset 163 - Transcell Technology TI500E Digital Platform scale with 48" x 48" platform | $200.00 |
| 190 | 5125 | | Asset 166 - AND model FG-150KAL Digital Scale with 300 lb capacity with 21" x 15" pla | $200.00 |
| 191 | 5125 | | Asset 173 - Sartorius AY123 Digital Scale wth 4" round platform, max 120 grams. $80. | $200.00 |
| 192 | 5125 | | Asset 174 - Mettler Toldeo Xpress FS-36 Digital Scale with 12" x 14" platform, 80 kg m | $600.00 |
| 193 | 5125 | | Asset 178 - Inscale LP7510A digital platform scale with 48" x 48" platform. $345.00 Ri | $300.00 |
| 194 | 5125 | | Asset 195 - Mettler Toledo Sartorious Wildcat digital scale with 12" x 14" platform an | $100.00 |
| 195 | 5125 | | Asset 196 - Metler Toledo Xpress Digital Scale 12" x 14" platform, 150 lb capacity. $8C | $300.00 |
| 196 | 5125 | | Asset 197 - Metler Toledo Xpress Digital Scale with 12" x 14" platform, 150 lb capacity | $300.00 |
| 197 | 5125 | | Asset 198 - AND model FG-60KAL Digital Scale with 60 kg capacity, 15" x 21" platform, | $200.00 |
| 198 | 5125 | | Asset 201 - Torbal model BA303 24" x 20" platform digital scale, 600 lb. $275.00 Pack | $100.00 |
| 199 | 5125 | | Asset 202 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platform. $ | $400.00 |

| | | | |
|---|---|---|---|
| 200 | 5125 | Asset 203 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platform. $: | $300.00 |
| 201 | 5125 | Asset 204 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platform. $ | $400.00 |
| 205 | 5125 | Asset 134 - Optima Digital Platform scale, 59" x 59" platform. $345.00 Rigged and pac | $600.00 |
| 206 | 5125 | Asset 136 - Optima OP900A digital platform scale, 36" x 36" platform. $345.00 Rigged | $600.00 |
| 207 | 5125 | Asset 208 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platform. $: | $400.00 |
| 208 | 5125 | Asset 209 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall carton | $300.00 |
| 209 | 5125 | Asset 210 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platform. $: | $400.00 |
| 210 | 5125 | Asset 211 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall carton | $400.00 |
| 211 | 5125 | Asset 212 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall carton | $300.00 |
| 212 | 5125 | Asset 213 - Tree LCT-Li serial digital counting scale 13" x 9" platform. $80.00 Packed ir | $100.00 |
| 213 | 5125 | Asset 214 - Sartorius digital scale with 4" diameter platform. $80.00 Packed in Double | $100.00 |
| 214 | 5125 | Asset 215 - Mettler PM600 digital scale with 6" diameter platform, 610 gram max wei | $200.00 |
| 215 | 5125 | Asset 216 - Sartorius digital scale with 4" diameter platform. $80.00 Packed in Double | $100.00 |
| 216 | 5125 | Asset 217 - AND EJ-123 Digital Scale with 4.5" round platform. $80.00 Packed in Doub | $100.00 |
| 216a | 5125 | Asset 111 - Optima Floor Scale 48" x 48" Stainless steel with Digital Readout. $345.00 | $800.00 |
| 217 | 5125 | Asset 220 - Optima digital scale 14" x 12" platform. $275.00 Packed in Tri-Wall carton | $300.00 |
| 218 | 5125 | Asset 224 - Scale Weighing Systems SWS LP7510 digital scale with with 20" x 20" platf | $600.00 |
| 219 | 5125 | Asset 226- Optima OP-900A digital scale 14" x 12" platform. $275.00 Packed in Tri-Wa | $300.00 |
| 220 | 5125 | Asset 229 - AND EJ-123 digital scale with 4.5" diameter platform. $80.00 Packed in Do | $100.00 |
| 223 | 5125 | Asset 257 - Sartorius MCT Plus Series Digital Scale, 25 kg, 7.5" x 10" platform. $80.00 I | $300.00 |
| 224 | 5125 | Asset 265 - Mettler AE 200 Scale. $80.00 Packed in Double Wall Carton with bubble w | $200.00 |
| 225 | 5125 | Asset 266 - Metler Toledo AT261 Delta Range Balance with P26 printer. $80.00 Packe | $500.00 |
| 226 | 5125 | Asset 270 - O'Haus MB35 Digital Scale, 35 gram capacity. $80.00 Packed in Double Wa | $100.00 |
| 228 | 5125 | Asset 318 - Scale Weighing System digital platform scale with 48" x 48" platform. $34! | $400.00 |
| 229 | 5125 | Asset 319 - Tree Counting Digital Scale 33 lb capacity with 7.5" x 10" platform. $80.00 | $300.00 |
| 239 | 5125 | Asset 149 - Scale Weighing Systems Digital Platform scale with 59" x 59". $345.00 Rigg | $700.00 |
| 246 | 5125 | Asset 200 - (14) Racks on casters. $295.00 | $2,700.00 |
| 255 | 5125 | Asset 298 - Lincoln Square Wave TIG 175 Welder. $345.00 Rigged and packed on 48" x | $200.00 |
| 259 | 5125 | Asset 302 -AND model FG-60KAL Digital Scale with 60 kg capacity, 15" x 21" platform, | $600.00 |
| 264 | 5125 | Asset 306A - Stainless steel sink, 36" x 24" x 13" deep . $345.00 Rigged and packed on | $100.00 |
| 266 | 5125 | Asset 138 - Stainless steel table 30" x 72" on wheels. $345.00 Rigged and packed on 4 | $600.00 |
| 267 | 5125 | Asset 156 - Two shelf SS cart 33" x 21" on casters with 6 digital flow meters. $345.00 | $800.00 |
| 270 | 5125 | Asset 199 - 72" x 36" Stainless Steel table. $345.00 Rigged and packed on 48" x 40" pa | $500.00 |
| 272 | 5125 | Asset 223 - Stainless Steel cart 21" x 33" with contents. $345.00 Rigged and packed or | $600.00 |

| | | | | |
|---|---|---|---|---|
| 274 | 5125 | | Asset 231 - Stainless steel cart 21" x 34". $345.00 Rigged and packed on 48" x 40" pall | $600.00 |
| 275 | 5125 | | Asset 233 - Stainless steel L-shape table. $345.00 Rigged and packed on 48" x 40" pall | $500.00 |
| 277 | 5125 | | Asset 243 - 48" x 30" stainless steel table. $345.00 Rigged and packed on 48" x 40" pa | $500.00 |
| 2A | 5126 | Intimac SRL | Asset 242 - T.K. Fieldler 60 liter Stainless Steel High Shear Granulator with bottom scr | $1,700.00 |
| 162 | 5126 | | Asset 282 - Sejong CapPlus Technologies model CPT-SF100N Automatic Capsule Filler, | $15,000.00 |
| 173 | 5126 | | Asset 304 - Bohle model KA200 Tablet sorter, serial#123, 3 phase, 60 cycle, 230/460 v | $100.00 |
| 16 | 5128 | Quagen Oharma | Asset 181 - A & B Process Systems 35 Gallon model FT101, Stainless steel tank with ai | $700.00 |
| 17 | 5128 | | Asset 185 - Stainless Steel 20 gallon tank 29.5" diameter x 24" deep with air operated | $500.00 |
| 19 | 5128 | | Asset 187 - Stainless Steel 70 gallon tank 30" diameter x 24" deep with air operated 6 | $500.00 |
| 26 | 5128 | | Asset 313 - Stainless steel 125 gallon tank 31" diameter x 39" deep with cone bottom | $1,000.00 |
| 64 | 5128 | | Asset 4 - Canon Image Image Runner Advance Copier. Serial#2100C111037510. $275. | $500.00 |
| 65 | 5128 | | Asset 5 - Sartorius model QUINTIX224-1S Balance Scale. Minimum weight 114 mg. Ma | $500.00 |
| 74 | 5128 | | Asset 14 - Sartorius model SESURA225D-1S Balance Scale. Minimum weight 13 mg. M | $1,000.00 |
| 81 | 5128 | | Asset 21 - Azzota model DISC Polarimeter serial#DP21061015. $80.00 Packed in Doub | $5,000.00 |
| 85 | 5128 | | Asset 25 - Azzota model AR-1 Abbe Refractometer.Range 1300-1700 nD. $80.00 Pack | $1,000.00 |
| 244 | 5128 | | Asset 164 - (5) stainless steel buckets with SS pipe fittings. $345.00 Rigged and packed | $500.00 |
| 268 | 5128 | | Asset 179 - Stainless Steel Table 30" x 60". $345.00 Rigged and packed on 48" x 40" pa | $500.00 |
| 269 | 5128 | | Asset 182 - Stainless steel table 30" x 72" without contents. $345.00 Rigged and pack | $500.00 |
| 278 | 5128 | | Asset 254 - 18" x 24" stainless steel table. $345.00 Rigged and packed on 48" x 40" pa | $500.00 |
| 280 | 5128 | | Asset 283 - 20" x 24" stainless steel table without contents. $345.00 Rigged and pack | $400.00 |
| 281 | 5128 | | Asset 284 - 20" x 24" stainless steel table without contents. $345.00 Rigged and pack | $400.00 |
| 14 | 5130 | Rocky Mountain Body Works | Asset 240 - Stokes model J Stainless Steel tiltilng Ribbon Blender, 27" x 22" x 28" deep | $2,300.00 |
| 68 | 5139 | Alpha Analytical Center | Asset 8 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 10" tall. | $300.00 |
| 70 | 5139 | | Asset 10 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE03016682. ALS | $5,000.00 |
| 93 | 5139 | | Asset 33 - Laboratory Design and Supply Fume Hood with AirGard 200 security system | $300.00 |
| 142 | 5139 | | Asset 324 - Nuaire Fume Hood 46" x 22" x 28" tall inside dimensions. $345.00 Rigged | $100.00 |
| 6 | 5141 | A.P. Deauville | Asset 141 - Walker 1000 gallon model PZCB-K 304 Stainless Steel Jacketed Double Act | $30,000.00 |
| 15 | 5141 | | Asset 109 - Crepaco apprx. 1000 gallon Jacketed Stainless Steel Single Action scrapere | $27,000.00 |
| 43 | 5141 | | Asset 133- Diaphragm pump air operated. $275.00 Packed in Tri-Wall carton with bub | $300.00 |
| 44 | 5141 | | Asset 137 - Waukesha model 130 Stainless Steel Positive displacement pump, 3" inlet | $3,500.00 |
| 76 | 5141 | | Asset 16 - Cole-Palmer model WBE05 StableTemp Hot Water Bath. Serial#E12050372. | $200.00 |
| 168 | 5141 | | Asset 125 - Conveyor 4.5" wide x apprx 17-ft long flat top chain conveyor. $345.00 Rig | $200.00 |
| 251 | 5141 | | Asset 262 - Amana Electric Dryer type DJAN-ELE-2406024-EL54. $345.00 Rigged and p | $300.00 |
| 252 | 5141 | | Asset 262 - Amana Washer type NFW5800HW2. $345.00 Rigged and packed on 48" x | $300.00 |

| | | | | |
|---|---|---|---|---|
| 261 | 5141 | | Asset 303A- Hydraulic Press. $345.00 Rigged and packed on 48" x 40" pallet banded a | $300.00 |
| 271 | 5141 | | Asset 142 - Stainless steel table 29" x 48" with various valves and pipes. $345.00 Rigge | $2,500.00 |
| 113 | 5142 | GK International | Asset 53 - Omnimark Mark2 Standard Moisture Analyzer. $275.00 Packed in Tri-Wall c | $100.00 |
| 240 | 5146 | Central Processors NY | Asset 151 - A & A Sheetmetal Products Secureall Saftet Storage Cabinets, 57" wide x 3 | $300.00 |
| 241 | 5146 | | Asset 152 - A & A Sheetmetal Products Secureall Saftet Storage Cabinets, 57" wide x 3 | $400.00 |
| 247 | 5146 | | Asset 234 - Aluminum step ladder with platform. $345.00 Rigged and packed on 48" x | $200.00 |
| 248 | 5146 | | Asset 247 - Barrett model RRT134 Stand Up Electric Forklift, Type E, Serial#8-76489, 3 | $3,200.00 |
| 250 | 5146 | | Asset 261- Justrite flammable liquid storage cabinet, 39" wide x 17" deep x 43" tall. $3 | $300.00 |
| 167 | 5147 | BVA inc | Asset 124 - Roller conveyor 10" wide x 8-ft long. $345.00 Rigged and packed on 48" x | $2,000.00 |
| 253 | 5148 | Sahara Simba Electronics | Asset 264 - Stainless Steel sink, 24" x 24" x 13" deep. $345.00 Rigged and packed on 4 | $100.00 |
| 8 | 5150 | AL Technology Inc | Asset 317 - Patterson Kelley Approx. 8 quart Lab Stainless Steel V-Blender, 110 volts, 1 | $600.00 |
| 178 | 5151 | Frain | Asset 309 - Lakso Dual Head Cottoner with 4" wide x 80" long conveyor without belt a | $500.00 |
| 204 | 5157 | Oven Art | Asset 207 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall carton | $300.00 |
| 231 | 5157 | | Asset 114 - 24" x 48" Stainless steel table. $345.00 Rigged and packed on 48" x 40" pa | $100.00 |
| 236 | 5157 | | Asset 145 - Ladder with 68" tall platform on wheels, 300 lb capacity. $345.00 Rigged a | $500.00 |
| 243 | 5157 | | Asset 158 - Stainless steel Storage Cabinet 26" x 26". $345.00 Rigged and packed on 4 | $300.00 |
| 265 | 5157 | | Asset 105 - 46" x 22" Stainless steel table. $345.00 Rigged and packed on 48" x 40" pa | $100.00 |
| 279 | 5157 | | Asset 258 - 36" x 30" stainless Steel table. $345.00 Rigged and packed on 48" x 40" pa | $200.00 |
| 146 | 5159 | Carousel Confectionery | Asset 225 - Manesty Rotapress MKIIA 45-station Rotary Tablet Press, Dual hoppers wit | $9,500.00 |
| 148 | 5159 | | Asset 276 - Kikusui model LIBRA-836-KY 36-station Rotary Tablet Press with keyed hea | $2,000.00 |
| 156 | 5159 | | Asset 287 - George Nutting TC200 Stainless steel Capsule Poisher, serial#20-441 built | $1,000.00 |
| 125 | 5170 | Arnett Supply | Asset 168 - DR. Schleuniger model 6D Hardness tester. $80.00 Packed in Double Wall | $300.00 |
| 141 | 5170 | | Asset 323 - Dr. Schleuniger model ^D Tablet Hardness Tester. $80.00 Packed in Doubl | $200.00 |
| 23 | 5173 | Nijama Corporation DBA King I | Asset 189 -Stainless Steel 70 gallon tank 30" diameter x 24" deep with air operated 6" | $200.00 |
| 50 | 5175 | Yuda Mer | Asset 193 - Thomas Engineering 48" Stainless Steel Accelocota, model 48-M11 serial# | $1,250.00 |
| 139 | 5175 | | Asset 320 - Hartnett Delta Tablet Printer serial#D207. $345.00 Rigged and packed on 4 | $200.00 |
| 49 | 5179 | UnionLatam | Asset 183 - Coating Pan 30" diameter Stanless Steel Angular pan, 32" deep x 22" diam | $300.00 |
| 126 | 5179 | | Asset 169 - DR. Schleuniger model 6D Hardness tester. $80.00 Packed in Double Wall | $200.00 |
| 127 | 5179 | | Asset 171 - Key International HT-300 Hardness Tester serial#10592. $275.00 Packed ir | $100.00 |
| 145 | 5179 | | Asset 175 - Manesty Novapress 45-station Rotary Tablet press, Single hopper with for | $5,600.00 |
| 149 | 5179 | | Asset 277 - Stokes UltraPress 65-Station Rotary Tablet Press with dual hoppers with fe | $100.00 |
| 150 | 5179 | | Asset 278 - Manesty Layerpress 47-station Rotary Tablet Press, dual hoppers with forc | $900.00 |
| 151 | 5179 | | Asset 279 - Tablet deduster. $345.00 Rigged and packed on 48" x 40" pallet banded ar | $100.00 |
| 153 | 5179 | | Asset 281 - Stokes 551 41-station Rotary tablet press with keyed head, dual hoppers v | $300.00 |

| | | | | |
|---|---|---|---|---|
| 155 | 5179 | | Asset 286 - Stokes B216 station Rotary Tablet press with keyed head, Stainless steel h | $300.00 |
| 157 | 5179 | | Asset 288 - Capsule Polisher Stainless Steel. $345.00 Rigged and packed on 48" x 40" ; | $300.00 |
| 158 | 5179 | | Asset 290 - Key Tablet deduster Stainless steel. $345.00 Rigged and packed on 48" x 4 | $200.00 |
| 159 | 5179 | | Asset 291 - Key Tablet deduster stainless steel. $345.00 Rigged and packed on 48" x 4 | $200.00 |
| 174 | 5179 | | Asset 305 - King Double Sided Tablet Inspection Conveyor, 78" overall length with 10" | $200.00 |
| 180 | 5179 | | Assets 321 - Palace model P-DF-S-H2, Desicant Feeder, stainless steel construction wi | $100.00 |
| 176 | 5209 | | Asset 307 - Lakso Reformer 990 Slat Counter with 6" wide x 19-ft flat top chain conve | $100.00 |
| 108 | 5180 | Elastochem | Asset 48 - Precision Thelco Eelectric Oven inside dimensions 36" wide x 18" deep x 27 | $300.00 |
| 29 | 5181 | Barchemy | Asset 131 - Tank apprx. 1500 gallon Stainless steel with sweep agitator with scrapers , | $40,250.00 |
| 258 | 5185 | Ralph Cooley | Asset 300A - Sharp First Long Chang Machinery model LC-1 1/2VH Milling machine wi | $400.00 |
| 22 | 5194 | United Contracting Services | Asset 245 - Hobart 20 quart Mixer, Model A200 with stainless steel bowl and flat beat | $700.00 |
| 116 | 5197 | Boothwyn Pharmacy | Asset 56 - Branson model 8510 Hot Sonicator. $80.00 Packed in Double Wall Carton w | $300.00 |
| 133 | 5197 | | Asset 272 - Branson 8800 UltraSonic Bath. $80.00 Packed in Double Wall Carton with | $200.00 |
| 38 | 5200 | Vijay Home Foods | Asset 110 - Waukesha model 130 Stainless Steel Positive displacement pump, serial#7 | $1,800.00 |
| 46 | 5200 | | Asset 144 - Waukesha model 60 stainless steel positive displacement pump serial#48 | $2,600.00 |
| 164 | 5200 | | Asset 121 - Wexxar Bel model 150 Top and Bottom Taper with side belts with Bel 505 | $6,200.00 |
| 32 | 5202 | Nutrition Bar Confectioners | Asset 311- Lightnin X5P33 Portable mixer with 8" diameter propellor driven by 1/2 HF | $1,500.00 |
| 41 | 5202 | | Asset 113 - Waukesha model 55 SS positive displacement pump, 2" inlet and outlet, 3 | $1,600.00 |
| 42 | 5202 | | Asset 130 - Graco model L91J air operated Drum pump, 22 GPM, Serial#092V. $80.00 | $400.00 |
| 45 | 5202 | | Asset 140 - Graco Bulldog air operated drum pump, frame model 207-279 serial#J86H | $200.00 |
| 163 | 5202 | | Asset 120 - Dorner S-Turn Stainless steel Flat top chain conveyor 6.5" wide x approx 7 | $500.00 |
| 165 | 5202 | | Asset 122 - Dorner U-shape flat top chain conveyor 3-ft infeed, 8-ft straight section ar | $500.00 |
| 166 | 5202 | | Asset 123 - Domino M series print and apply labeler with M230i ink jet head. $345.00 | $2,600.00 |
| 89 | 5205 | Analyte Scientific | Asset 29 - Thermoline model 48000 Furnace. 7" wide x 10" deep x 5" tall. $80.00 Pack | $100.00 |
| 118 | 5205 | | Asset 58 - VanKel model VK7010 8 Pot Dissolution Unit with VK750D Monitor serial#1 | $100.00 |
| 177 | 5205 | | Asset 308 - Safeline Stainless Steel Metal Detector 5.5" wide x 8" tall aperature, with ! | $500.00 |
| | | | Total | $443,050.00 |
| | | | Due after commission | $398,745.00 |

# EXHIBIT ‘B’

| | | |
|---|---|---|
| | Unsold | |
| 9 | | Asset 260 - Kitchenaid 5 quart mixer, model K5SS with SS bowl and flat beater. $80.00 Packed in Double Wall |
| 24 | | Asset 190 - Gast air operated propellor mixer with 2"diameter propellor. $275.00 Packed in Tri-Wall carton w |
| 25 | | Asset 191 - Stainless steel 25 gallon tank 18" diameter x 24" deep. $345.00 Rigged and packed on 48" x 40" pa |
| 27 | | Asset 162 - Tank 23 gallon Stainless steel 18"diameter x 21" deep with 1" side dischage on casters. $345.00 R |
| 48 | | Asset 180 - O'Hara 48" diameter stainless steel Fastcoat System, with perforated drum with apprx. 1/16" diar |
| 51 | | Asset 236 - Graco King air operated drum pump. $275.00 Packed in Tri-Wall carton with bubble wrap |
| 57 | | Asset 273 - Powers Equipment model SLT70SDF Shelf Dryer, double door, 9 shelves per side, electric heat, ins |
| 75 | | Asset 15 - Oakton StableTemp Hot Water Bath. Serial#0800902. $80.00 Packed in Double Wall Carton with bu |
| 80 | | Asset 20 - Spectronics model FBPDS-81 Spectroline Unit. Serial#260738. $80.00 Packed in Double Wall Cartor |
| 88 | | Asset 28 - Corning model PC-351 Hot Plate Stirrer. $80.00 Packed in Double Wall Carton with bubble wrap |
| 90 | | Asset 30 - (2) Desiccators. $129.00. Packed in Double Wall Carton with bubble wrap |
| 92 | | Asset 32 - Thermo Electron Corp Refrigerator. Serial#SO8S-619322-SS 2 shelves. 19" x 19" x 29" tall. $275.00 |
| 94 | | Asset 34 - Thermoscientific model SP195025 Hot Plate Stirrer. Serial#C1950180707337. $80.00 Packed in Dou |
| 95 | | Asset 35 - Cole-Palmer StabeTemp serial#C303031101919476. $80.00 Packed in Double Wall Carton with bub |
| 98 | | Asset 38 - Aluminum rolling rack. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 100 | | Asset 40 - Sartorious Veritas Balance 1265 mg to 420 g range. $80.00 Packed in Double Wall Carton with bubl |
| 102 | | Asset 42 - Labnet Vortex Mixer model SO200. $80.00 Packed in Double Wall Carton with bubble wrap |
| 104 | | Asset 44 - Reichert Colony Counter model 3325 seerial#00612-1004. $275.00 Packed in Tri-Wall carton with b |
| 105 | | Asset 45 - Sartorious model A200S Analytical Scale serial#39020295. $80.00 Packed in Double Wall Carton wi |
| 109 | | Asset 49 - Boekel Industries Electric Oven inside dimensions 11" wide x 11" deep x 10" tall. Model 133000 ser |
| 111 | | Asset 51 - Fisher Scientific model 228 Centrifuge. $275.00 Packed in Tri-Wall carton with bubble wrap |
| 117 | | Asset 57 - Distek 8 Pot Dissolution Unit model 2100C serial#211136. $275.00 Packed in Tri-Wall carton with b |
| 131 | | Asset 268 - Thermolyne Cimarec-2 Hot plate stirrer. $80.00 Packed in Double Wall Carton with bubble wrap |
| 132 | | Asset 269 - Varian model VK7025 8-pot Disolution Unit, serial#9-0435-0505, 115/230 volts. $275.00 Packed in |
| 136 | | Asset 296 - Distek DF-3 Fribalator. $80.00 Packed in Double Wall Carton with bubble wrap |
| 138 | | Asset 301 - Lot of 12 Laboratory Cabinets on wheels. $1380.00 Rigged and packed on 48" x 40" pallet banded |
| 143 | | Asset 165 - Manesty Rotapress MKIIA 61-Station Rotary Tablet press with keyed head, Two hoppers each witl |
| 144 | | Asset 170 - Manesty Rotapress MKIIA 61-Station Rotary Tablet press with keyed head, Two hoppers each witl |
| 147 | | Asset 237 - Manesty 61-station Rotary tablet Press (MKIIA type - no name tag) with dual SS hoppers missing f |
| 154 | | Asset 285 - Manesty B3B 27-station Rotary Tablet Press with keyed head, dual SS hoppers with feed frames. S |
| 160 | | Asset 294 - Stokes 900-513-2 45-Station Rotary Tablet Press, dual SS hoppers with feed frame, Serial#T-6635 |
| 161 | | Asset 295 - Key Tablet deduster stainless steel. $345.00 Rigged and packed on 48" x 40" pallet banded and wr |
| 169 | | Asset 219 - Markem 156A Mark III Tablet Brander, serial#852018, set for an approx. 1/2" round tablet. $275.( |

| | |
|---|---|
| 170 | Asset 289 - Lock Metalcheck 9 Metal Detector for tablets with 3" wide x 1" tall opening. $345.00 Rigged and p |
| 171 | Asset 292 - Lock Metalcheck 9 Metal Detector for tablets with 3" wide x 1" tall opening. $345.00 Rigged and p |
| 175 | Asset 306 - Thiele 34-000 4-head Rotary Placer, serial#59581 with timing screw on casters. $345.00 Rigged ar |
| 227 | Asset 271 - Tree LCT-Li series digital scale 13" x 9" platform, 33 lb capacity. $80.00 Packed in Double Wall Car |
| 230 | Asset 102 - Stainless Steel Table 24" x 18". $345.00 Rigged and packed on 48" x 40" pallet banded and wrapp |
| 232 | Asset 127 - Werner 12-ft foldable ladder, 300 lb capacity. $345.00 Rigged and packed on 48" x 40" pallet banc |
| 233 | Asset 128 - Werner 10-ft ladder, 300 lb capacity. $345.00 Rigged and packed on 48" x 40" pallet banded and |
| 234 | Asset 129 - Husky 6-ft ladder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 235 | Asset 139 - Werner 8-ft ladder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 237 | Asset 146 - Werner 10-ft ladder, 300 lb platform. $345.00 Rigged and packed on 48" x 40" pallet banded and |
| 242 | Asset 157 - Whirlpool model WRR56X18FW01 Single Door Refrigerator serial#74103909. $345.00 Rigged and |
| 254 | Asset 293 - Baldor Disc grinder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 256 | Asset 299 - Wissota disc grinder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |

# EXHIBIT 'C'

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-----------------------------------------------X

In re:

ULTRA SEAL CORPORATION and ULTRA-TAB LABORATORIES, INC.,

Debtors.

-----------------------------------------------X

**CHAPTER 11**
**CASE NO. 22-35630 (CGM)**

(Jointly Administered)

**AFFIDAVIT OF AUCTIONEER TO ACCOMPANY REPORT OF SALE IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 6004-1(g)**

I, JOHN GREENBERG of UNION STANDARD EQUIPMENT, being duly sworn depose and say, upon information and belief:

1. I am the Co-President of UNION STANDARD EQUIPMENT ("UNION"), a duly licensed Auctioneer in the State of New York. UNION's license number is 2065528-DCA and it maintains an office at 500 Mamaroneck Avenue, #320, Harrison, New York.

2. On January 4, 2023, the Bankruptcy Court entered an Order Approving the Application to Retain UNION as Auctioneer to the Debtors.

3. I make this Affidavit in accordance with Local Bankruptcy Rule 6004-1(g) and the Report of Sale, following the conclusion of the auction conducted and held online via www.bidspotter.com on April 20, 2023. The gross hammer price of the debtor's, Ultra-Tab Laboratories, Inc.'s, assets was $443,750.00. Pursuant to the agreement between UNION and the debtor, the commissions (10% of the hammer price) to be paid to UNION shall be $44,375.00. In accordance with the terms and conditions of the auction, UNION charged and collected a 16% buyers' premium commission directly from the buyers - the sum of $71,000.00 (in addition to the hammer price). The sum of $109,457.00 was charged to buyers for rigging fees on top of the

"hammer" price. Said fees were collected by UNION and shall be paid to Eagle Rigging & Transport as reasonable and necessary expenses in connection with the removal and shipment of certain pieces of the debtor's equipment due to the size and weight thereof. (Annexed hereto as Exhibit "1" is a copy of the purchase order from Eagle Rigging & Transport.)

4. Upon UNION's receipt of the gross "hammer" price proceeds from the buyers, said proceeds will be remitted to debtor's counsel, Genova, Malin & Trier, LLP to be held in escrow pending approval of this approval for distribution thereof.

Dated: Harrison, New York
April 28, 2023

UNION STANDARD EQUIPMENT

By: /s/ John Greenberg
JOHN GREENBERG

Sworn to before me this
28th day of April, 2023

/s/ ManiMala Muniappan
Notary Public, State of New Jersey
Qualified in Middlesex County
Commission Expires 1/3/2027

# EXHIBIT '1'

UNION STANDARD EQUIPMENT | NATIONAL EQUIPMENT CORPORATION | UNION CONFECTIONERY MACHINERY

Our new address:
500 Mamaroneck Ave., Suite 320
Harrison, NY 10528

**Invoicing Address:**
Eagle Rigging & Transport
2963 Route 22
Patterson NY 112563
United States

**Shipping address:**
Union Machinery
500 Mamaroneck Ave #320
Harrison NY 10528
United States
718-585-0200

**TAX ID:**

# Purchase Order #PO03398

| Purchase Representative: | Your Order Reference: | Source: | Order Date: |
| --- | --- | --- | --- |
| John Greenberg | Ultra Tab Rigging | None | 04/21/2023 12:30:11 |

| Description | Taxes | Date Req. | Qty | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 3E8 Scientific | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| AI Technology | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| AC Culinary Group | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 3,810.00 | $ 3,810.00 |
| Alpha Analytical Center | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,045.00 | $ 1,045.00 |
| Analyte Scientific | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 700.00 | $ 700.00 |
| AP Deauville | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 7,505.00 | $ 7,505.00 |
| Arnett Supply | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 160.00 | $ 160.00 |
| Barchemy | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 2,225.00 | $ 2,225.00 |
| Beacon Adhesives | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| BL Bio Lab | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,100.00 | $ 1,100.00 |
| Boorgwyn Pharmacy | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 160.00 | $ 160.00 |
| Brooklyn Spice | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,250.00 | $ 1,250.00 |
| BVA Oils | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 345.00 | $ 345.00 |
| Carousel Confectionery | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 2,845.00 | $ 2,845.00 |
| Central Processors NY | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,675.00 | $ 1,675.00 |
| CIA Labs | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 80.00 | $ 80.00 |
| CinBev | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| Drugfield Pharmaceutical | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 9,630.00 | $ 9,630.00 |
| Ecrecon | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 2,010.00 | $ 2,010.00 |

Our new address:
500 Mamaroneck Ave., Suite 320
Harrison, NY 10528

| Description | Taxes | Date Req. | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| Elastochem | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 345.00 | $ 345.00 |
| Elcan Industries | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 5,820.00 | $ 5,820.00 |
| Equipment Lab | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| Evantage | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| EZ Instruments | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| Frain | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,250.00 | $ 1,250.00 |
| Frankford Candy | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 690.00 | $ 690.00 |
| Fusion Solution | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 550.00 | $ 550.00 |
| GK International | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| Harmony Dispensary | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 8,140.00 | $ 8,140.00 |
| Industrial Molded Rubber | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 240.00 | $ 240.00 |
| Intimac | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 2,845.00 | $ 2,845.00 |
| IPP | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 14,850.00 | $ 14,850.00 |
| King Foods Group | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 345.00 | $ 345.00 |
| KLC Biotecnologia | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 3,270.00 | $ 3,270.00 |
| Lee Excel | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,595.00 | $ 1,595.00 |
| Min-Chem Canada | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 80.00 | $ 80.00 |
| NSL LLC | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 345.00 | $ 345.00 |
| Nutrition Bar Confectioners | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 2,010.00 | $ 2,010.00 |
| Power Line Packaging | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,250.00 | $ 1,250.00 |
| Quagen Pharma | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 3,975.00 | $ 3,975.00 |
| Oven Art - doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| Beacon Adhesives - doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| Rigging | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| United Contract Services - doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| Oven Art - doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| Beacon Adhesives - doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| United Contracted Services - doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1.00 | $ 1.00 |

Our new address:
500 Mamaroneck Ave., Suite 320
Harrison, NY 10528

| Description | Taxes | Date Req. | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| United Contract Services - Doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| Beacon Adhesives - Doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| Ovenart - Doing own removal | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 0.00 | $ 0.00 |
| Oven Art - doing own rigging | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1.00 | $ 1.00 |
| Quantum Analytical | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 275.00 | $ 275.00 |
| Ralph Cooley | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 345.00 | $ 345.00 |
| Rare Earth Technologies | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 345.00 | $ 345.00 |
| Restek | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 80.00 | $ 80.00 |
| RM Fine | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 80.00 | $ 80.00 |
| Rocky Mountain Body Works | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,250.00 | $ 1,250.00 |
| Sahara Simba | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 345.00 | $ 345.00 |
| Shields Pharma | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,260.00 | $ 1,260.00 |
| Sweet Maple Candies | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 1,250.00 | $ 1,250.00 |
| Uniwell Labs | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 2,225.00 | $ 2,225.00 |
| Vesta Pharmaceutical | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 5,130.00 | $ 5,130.00 |
| Vijay Home Foods | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 770.00 | $ 770.00 |
| World Aircraft | Tax 0.00% | 04/21/2023 12:00:00 | 1.000 | 11,760.00 | $ 11,760.00 |

| | |
|---|---|
| **Subtotal** | $ 109,457.00 |
| Taxes | $ 0.00 |
| **Total** | $ 109,457.00 |