GENOVA, MALIN & TRIER, LLP
Attorneys for Debtors
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Andrea B. Malin, Esq. (AM4424)
Michelle L. Trier, Esq. (MT1212)
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------x
IN RE:

| | |
|---|---|
| ULTRA SEAL CORPORATION and<br>ULTRA-TAB LABORATORIES, INC., | **CHAPTER 11**<br>**CASE NO. 22-35630 (CGM)** |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------x

FINAL (AND REVISED) REPORT OF SALE

TO THE HONORABLE CECELIA G. MORRIS, U.S. BANKRUPTCY JUDGE:

MICHELLE L. TRIER, attorney for the debtor, Ultra-Tab Laboratories, Inc., does hereby render the following Report of Sale, in accordance with Southern District of New York, Local Bankruptcy Rule 6004-1(f):

1. On April 20, 2023, a sale was conducted via online auction at www.bidspotter.com by UNION STANDARD EQUIPMENT, auctioneer for the debtor, of the debtor's right, title and interest, in certain personal propery of the debtor’s.

2. On April 28, 2023, the debtor filed a Report of Sale with the Court advising that the gross “hammer price” of the auction was $443,750.00. (See this Court’s docket.)

3. Pursuant to the final accounting provided by Union Standard Equipment, in its role as auctioneer in this case, the actual gross proceeds received as a result of the auction conducted on April 20, 2023 was $440,400.00. (Annexed hereto as Exhibit “A” is the final results of sale.)

4. The debtor anticipates that the commissions to be paid from the "hammer" price of the auction will be $40,040.00 - paid to UNION STANDARD EQUIPMENT in its role as auctioneer to the debtor.

Dated: Wappingers Falls, New York
May 25, 2023

GENOVA, MALIN & TRIER, LLP
Attorneys for the Debtors

BY:

/s/ Michelle L. Trier

MICHELLE L. TRIER
1136 Route 9
Wappingers Falls, NY 12590