# EXHIBIT ‘A’

| Lot No | Paddle Nu | Company | Description | Total Hammer Price | Cancelled |
|---|---|---|---|---|---|
| 179 | 5017 | Fusion Solution | Asset 312 - Enercon model LM2758-50 Compak Induction Sealer, water cooled v | $600.00 | |
| 203 | 5017 | | Asset 206 - Metler Express Digital Scale 150 lb capacity, 14" x 12" platform. $275 | $300.00 | |
| 152 | 5028 | Sweet Maple Candies | Asset 280 - Stokes BB2 45-station Rotary Tablet Press with keyed head, dual hop | $100.00 | |
| 78 | 5030 | Min-Chem Canada | Asset 18 - Mettler Toledo Scale. Min 82 gram. Max 1510 gram. Model PB1501-S, | $100.00 | |
| 54 | 5031 | Brooklyn Spice | Asset 248 - Stokes model 44-0 Stainless Steel Tornado mill with screen, serial#68 | $3,000.00 | |
| 2 | 5040 | Drugfield Pharmaceutical | Asset 184 - Ross High Shear Mixer with 1 HP, 230/460 volt motor with 3"diamet | $700.00 | |
| 18 | 5040 | | Asset 186 - Stainless Steel 100 gallon tank 36" diameter x 23" deep with air oper | $600.00 | |
| 33 | 5040 | | Asset 221 - Garland 73 gallon 25 psi jacket with air operated Portable 6" diamete | $100.00 | |
| 55 | 5040 | | Asset 251 - Stokes model 44-0 Stainless Steel Tornado Mill with screen, 5 HP, 23 | $2,000.00 | |
| 59 | 5040 | | Asset 325 - O'Hara Technologies 48" Stainless Steel Coating Pan with perforated | $2,000.00 | |
| 66 | 5040 | | Asset 6 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 10" | $200.00 | |
| 67 | 5040 | | Asset 7 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 10" | $200.00 | |
| 84 | 5040 | | Asset 24 - Reichert Abbe Mark II Digital Refractometer model 10450. Serial#028 | $200.00 | |
| 86 | 5040 | | Asset 26 - Orion Star model A111 PH Meter serial#J-20667. $80.00 Packed in Do | $200.00 | |
| 96 | 5040 | | Asset 36 - (2) Stainless Steel Storage Cabinets interior dimensions of each 16" w | $100.00 | |
| 103 | 5040 | | Asset 43 - Market Forge Sterilmatic Autoclave serial#2-88. $345.00 Rigged and p | $500.00 | |
| 106 | 5040 | | Asset 46 - Thelco 5DG Incubator interior dimensions 19" wide x 16" deep x 27" t | $600.00 | |
| 107 | 5040 | | Asset 47 - Labnet Incubator inside dimensions 21"wide x 20" deep x 25" tall. $34 | $400.00 | |
| 110 | 5040 | | Asset 50 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 1 | $100.00 | |
| 123 | 5040 | | Asset 155 - Distek DF-3 Friabilator serial#DF971070XD, 110 volts. $80.00 Packed | $100.00 | |
| 124 | 5040 | | Asset 167 - Erweka TBH28 Hardness Tester. $80.00 Packed in Double Wall Carto | $100.00 | |
| 129 | 5040 | | Asset 230 - Distek DF-3 Friabilator. $80.00 Packed in Double Wall Carton with bu | $100.00 | |
| 137 | 5040 | | Asset 297 - Distek DF-3 Fribalator. $80.00 Packed in Double Wall Carton with bu | $100.00 | |
| 140 | 5040 | | Asset 322 - Distek DF-3 Fribalator. $80.00 Packed in Double Wall Carton with bu | $100.00 | |
| 202 | 5040 | | Asset 205 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platfo | $300.00 | |
| 221 | 5040 | | Asset 246 - (4) Platform scales with two digital controllers. $345.00 Rigged and p | $900.00 | |
| 31 | 5045 | Rare Earth | Asset 159 - Stainless Steel 135 gallon Jacketed tank with Propellor mixer, 30"dia | $5,000.00 | |
| 35 | 5047 | KLC Biotechnoliga | Asset 103 - Sweco 48" stainless steel single deck sifter with cover on casters. $3 | $3,100.00 | |
| 37 | 5047 | | Asset 106 - Glatt WSG-120 Stainless Steel Fluid Bed Dryer, serial#2671, 3 phase, | $12,250.00 | |
| 82 | 5047 | | Asset 22 - Fisher model PU1306-N820.901 Maximadry Vacuum Pump serial#1.1 | $100.00 | |
| 101 | 5047 | | Asset 41 - The Baker Company Sterilguard Fume Hood model SG603A-HE. Serial | $400.00 | |
| 134 | 5047 | | Asset 274 - IKA Ultra Turrax Lab High Shear Homogenizer mixer with 1" diamete | $200.00 | |
| 1 | 5049 | Vesta Pharmaceuticals | Asset 100 - Littleford FKM 600 Jacketed SS Plow Mixer, 75 psi jacket, serial#100 | $26,000.00 | |
| 11 | 5049 | | Asset 101 - Garland 60 gallon SS Jacketed Cooking kettle with Lightnin Mixer, 25 | $3,300.00 | |
| 13 | 5049 | | Asset 222 - Littleford FKM 600 Stainless Steel Plow Mixer with Two Choppers wi | $14,000.00 | |
| 20 | 5049 | | Asset 188 - Alloy & Steel Fabricators 35 gallon Stainless Steel jacketed kettle wit | $2,300.00 | |
| 21 | 5049 | | Asset 316 - Hermann Waldner Stainless 20 gallon Steel Jacketed tank 19" diame | $200.00 | |
| 52 | 5049 | | Asset 239 - Kason 48" Single Deck Sifter without screen serial#0889-4055, 230/4 | $2,400.00 | |
| 60 | 5049 | | Asset 315 - Master Machines 30" diameter single deck sifter without screen on p | $800.00 | |
| 72 | 5053 | Shields Pharma | Asset 12 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE8220754 | $5,500.00 | |
| 77 | 5053 | | Asset 17 - PerkenElmer Spectrum One FT-IR Spectrometer with computer, moni | $4,800.00 | |
| 83 | 5053 | | Asset 23 - Electrothermal model 1A9300-MK1 serial#10107311 MEL-TEMP Melt | $100.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 120 | 5053 | | Asset 60 - Branson model 8510 Sonicator. $80.00 Packed in Double Wall Carton | $400.00 | |
| 122 | 5053 | | Asset 62 - Aquafine model MP-2-SL serial#GS 03/2019 030 120 volts Ultra Violet | $1,100.00 | |
| 128 | 5053 | | Asset 227 - Optimal Hardness Tester. $275.00 Packed in Tri-Wall carton with bu | $300.00 | |
| 121 | 5057 | Restek | Asset 61 - Barnstead LabLine Multi- Wrist Shaker model 3589. Serial#0804-3204 | $500.00 | |
| 7 | 5061 | Erecon | Asset 143 - Fryma MZ-130 Stainless Steel Jacketed inline High Shear Mixer, seria | $3,800.00 | |
| 10 | 5061 | | Asset 301A - Ross ME100 table top High Shear mixer with 2.5" diameter rotor, s | $200.00 | |
| 34 | 5061 | | Asset 135 - Bematek model CZ-260-PB-10 Stainless Steel inline High shear mixer | $1,800.00 | |
| 40 | 5061 | | Asset 112 - Cornell D26 Stainless Steel Versator, serial#6045 15-HP, 230/460 vol | $15,250.00 | |
| 56 | 5061 | | Asset 255 - Graco Bulldog Drum Pump, air operated. $275.00 Packed in Tri-Wall | $200.00 | |
| 58 | 5061 | | Asset 314 - Graco air operated drum pump. $275.00 Packed in Tri-Wall carton w | $100.00 | |
| 183 | 5061 | | Asset 107 - LCT Digital Scale, serial#LC1711065. Weight range up to 33 lbs. $80.0 | $100.00 | |
| 245 | 5063 | Frankford candy | Asset 192 - (6) sections of pallet racking. $690.00 Rigged and packed on 48" x 40 | $1,200.00 | |
| 30 | 5066 | Uniwell Labs | Asset 132 - Processing VesselTank apprx. 1200 gallon Stainless Steel and Jackete | $38,000.00 | |
| 62 | 5067 | Bio Lab Scientific | Asset 2 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE83234327. | $4,700.00 | |
| 63 | 5067 | | Asset 3 - Agilent Technologies serias 1100 HPLC. COL COMP serial#US72102576. | $4,500.00 | |
| 79 | 5067 | | Asset 19 - Agilent Technologies Cary 60 UV-Vis Detector. Model G6860A serial#A | $3,500.00 | |
| 119 | 5067 | | Asset 59 - Hanson model SR8+ Dissolution Unit 8 Pot serial#0305-0422. $275.00 | $500.00 | |
| 112 | 5072 | Equipment Lab | Asset 52 - Eppendorf model 5804 Centrifuge with rotor. $275.00 Packed in Tri-W | $500.00 | |
| 69 | 5073 | 3E8 Scientifiv | Asset 9 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE23928832. | $2,100.00 | |
| 36 | 5084 | NSL LLC | Asset 104 - Stokes 44-0 Stainless Steel Tornado Mill with hammers and screen, S | $3,200.00 | |
| 87 | 5085 | RM Fine Inc | Asset 27 - Thermo Scientific model SP88850100 Hot Plate stirrer. Serial#M3010C | $300.00 | |
| 260 | 5091 | Lee excel | Asset 302A - Powermatic Band Saw. $1250.00 Simple rigging. Skidding and cratir | $0.00 | cancelled |
| 262 | 5091 | | Asset 304A - Proforma metal bender. $345.00 Rigged and packed on 48" x 40" p | $0.00 | cancelled |
| 61 | 5054 | EZ Instruments | Asset 1 - Schimadzu UFLC HPLC. CBM-20A Communication bus module serial#L2 | $5,700.00 | |
| 71 | 5096 | Quantum Analytical | Asset 11 - Schimadzu HPLC. CBM-20A Communication bus module serial#L2023 | $7,000.00 | |
| 130 | 5097 | | Asset 267 - Karl Fisher Aquastar V-200 Titrator. $80.00 Packed in Double Wall Ca | $500.00 | |
| 115 | 5100 | CinBev | Asset 55 - Tyler RC-TAP model RX-29 serial#13332 Sieve Shaker with sieves. $27 | $1,000.00 | |
| 263 | 5101 | Power Line Packaging | Asset 305A - Colchester Lathe with 4-ft bed and 12" swing. $1250.00 Simple rigg | $1,500.00 | |
| 3 | 5102 | Internationa Processing (IPP) | Asset 249 - Gemco 75 cuft Double Cone Stainless Steel Blender, Auto loader, Ch | $6,000.00 | |
| 5 | 5102 | | Asset 252 - Double Cone approx. 30 cuft Blender Stainless Steel, Inside dimensi | $0.00 | Cancelled |
| 12 | 5102 | | Asset 108 - Abbe 150 gallon Stainless steel, jacketed Pressure vessel,33.5" diam | $750.00 | |
| 53 | 5102 | | Asset 244 - Changzhou 5-Kg Stainless Steel Fluid bed dryer with electrically heat | $1,000.00 | |
| 73 | 5106 | Envantage | Asset 13 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE9160987 | $4,700.00 | |
| 114 | 5108 | Beacon Adhesives | Asset 54 - Phaeton Scientific model VO-16020 Vacuum Oven ser#V020DI0531 bu | $500.00 | |
| 135 | 5111 | Industrial Molded Rubber Prod | Asset 275 - Lightnin Labmaster Table top mixer with 4" diameter propellor. $80. | $400.00 | |
| 181 | 5111 | | Asset 118 - Zebra model ZT420 label printer. $80.00 Packed in Double Wall Carto | $300.00 | |
| 182 | 5111 | | Asset 119 - Zebra model ZT420 label printer. $80.00 Packed in Double Wall Carto | $300.00 | |
| 28 | 5119 | AC Culinary Group | Asset 116 - 530 Gallon Stainless Steel Jacketed tank with Agitator with propellor | $2,500.00 | |
| 222 | 5119 | | Asset 25 3 - Optima OP900A Digital Platform scale 48" x 48". $345.00 Rigged an | $900.00 | |
| 249 | 5119 | | Asset 256 - 3 step ladder with plaform. $345.00 Rigged and packed on 48" x 40" | $400.00 | |
| 4 | 5120 | Elcan Industries | Asset 250 - Double Cone approx. 100 cuft, Blender Stainless Steel, Inside dimens | $1,000.00 | |
| 91 | 5120 | | Asset 31 - Precision Scientific Thelco Electric Oven. 19" wide x 14" deep x 19" tal | $100.00 | |
| 184 | 5120 | | Asset 117 - Prime digital platform scale with 55" x 60" with digital readout. $345 | $300.00 | |

| | | | | |
|---|---|---|---|---|
| 172 | 5125 | World Aircraft | Asset 303 - Resina model RT20 inline Retorquer, serial#917075 with two sets of | $14,200.00 |
| 185 | 5125 | | Asset 126 - Tree Multiplus Digital Scale, serial#MCP1809043, 33 lb capacity, 7.5" | $100.00 |
| 186 | 5125 | | Asset 150 - LCT Digital Scale, serial#LC1711019. Weight range up to 33 lbs. $80.( | $100.00 |
| 187 | 5125 | | Asset 160 - Scale weighing Systems SWS LP7510 Digital Scale with 16" x 16" plat | $300.00 |
| 188 | 5125 | | Asset 161 - Weigh South WS10 digital platform scale with 14" x 12" platform. $8 | $100.00 |
| 189 | 5125 | | Asset 163 - Transcell Technology TI500E Digital Platform scale with 48" x 48" pla | $200.00 |
| 190 | 5125 | | Asset 166 - AND model FG-150KAL Digital Scale with 300 lb capacity with 21" x 1 | $200.00 |
| 191 | 5125 | | Asset 173 - Sartorius AY123 Digital Scale wth 4" round platform, max 120 grams | $200.00 |
| 192 | 5125 | | Asset 174 - Mettler Toldeo Xpress FS-36 Digital Scale with 12" x 14" platform, 8C | $600.00 |
| 193 | 5125 | | Asset 178 - Inscale LP7510A digital platform scale with 48" x 48" platform. $345. | $300.00 |
| 194 | 5125 | | Asset 195 - Mettler Toledo Sartorious Wildcat digital scale with 12" x 14" platfor | $100.00 |
| 195 | 5125 | | Asset 196 - Metler Toledo Xpress Digital Scale 12" x 14" platform, 150 lb capacit | $300.00 |
| 196 | 5125 | | Asset 197 - Metler Toledo Xpress Digital Scale with 12" x 14" platform, 150 lb ca | $300.00 |
| 197 | 5125 | | Asset 198 - AND model FG-60KAL Digital Scale with 60 kg capacity, 15" x 21" pla | $200.00 |
| 198 | 5125 | | Asset 201 - Torbal model BA303 24" x 20" platform digital scale, 600 lb. $275.00 | $100.00 |
| 199 | 5125 | | Asset 202 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platfo | $400.00 |
| 200 | 5125 | | Asset 203 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platfo | $300.00 |
| 201 | 5125 | | Asset 204 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platfc | $400.00 |
| 205 | 5125 | | Asset 134 - Optima Digital Platform scale, 59" x 59" platform. $345.00 Rigged an | $600.00 |
| 206 | 5125 | | Asset 136 - Optima OP900A digital platform scale, 36" x 36" platform. $345.00 R | $600.00 |
| 207 | 5125 | | Asset 208 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platfo | $400.00 |
| 208 | 5125 | | Asset 209 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall c | $300.00 |
| 209 | 5125 | | Asset 210 - AND FG-60KAL Digital scale with 150 lb weight limit, 15" x 21" platfo | $400.00 |
| 210 | 5125 | | Asset 211 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall c | $400.00 |
| 211 | 5125 | | Asset 212 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall c | $300.00 |
| 212 | 5125 | | Asset 213 - Tree LCT-Li serial digital counting scale 13" x 9" platform. $80.00 Pac | $100.00 |
| 213 | 5125 | | Asset 214 - Sartorius digital scale with 4" diameter platform. $80.00 Packed in D | $100.00 |
| 214 | 5125 | | Asset 215 - Mettler PM600 digital scale with 6" diameter platform, 610 gram ma | $200.00 |
| 215 | 5125 | | Asset 216 - Sartorius digital scale with 4" diameter platform. $80.00 Packed in D | $100.00 |
| 216 | 5125 | | Asset 217 - AND EJ-123 Digital Scale with 4.5" round platform. $80.00 Packed in | $100.00 |
| 216a | 5125 | | Asset 111 - Optima Floor Scale 48" x 48" Stainless steel with Digital Readout. $3 | $800.00 |
| 217 | 5125 | | Asset 220 - Optima digital scale 14" x 12" platform. $275.00 Packed in Tri-Wall c | $300.00 |
| 218 | 5125 | | Asset 224 - Scale Weighing Systems SWS LP7510 digital scale with with 20" x 20' | $600.00 |
| 219 | 5125 | | Asset 226- Optima OP-900A digital scale 14" x 12" platform. $275.00 Packed in T | $300.00 |
| 220 | 5125 | | Asset 229 - AND EJ-123 digital scale with 4.5" diameter platform. $80.00 Packed | $100.00 |
| 223 | 5125 | | Asset 257 - Sartorius MCT Plus Series Digital Scale, 25 kg, 7.5" x 10" platform. $8 | $300.00 |
| 224 | 5125 | | Asset 265 - Mettler AE 200 Scale. $80.00 Packed in Double Wall Carton with bub | $200.00 |
| 225 | 5125 | | Asset 266 - Metler Toledo AT261 Delta Range Balance with P26 printer. $80.00 F | $500.00 |
| 226 | 5125 | | Asset 270 - O'Haus MB35 Digital Scale, 35 gram capacity. $80.00 Packed in Doub | $100.00 |
| 228 | 5125 | | Asset 318 - Scale Weighing System digital platform scale with 48" x 48" platform | $400.00 |
| 229 | 5125 | | Asset 319 - Tree Counting Digital Scale 33 lb capacity with 7.5" x 10" platform. $ | $300.00 |
| 239 | 5125 | | Asset 149 - Scale Weighing Systems Digital Platform scale with 59" x 59". $345.0 | $700.00 |
| 246 | 5125 | | Asset 200 - (14) Racks on casters. $295.00 | $2,700.00 |

| | | | | |
|---|---|---|---|---|
| 255 | 5125 | | Asset 298 - Lincoln Square Wave TIG 175 Welder. $345.00 Rigged and packed or | $200.00 |
| 259 | 5125 | | Asset 302 -AND model FG-60KAL Digital Scale with 60 kg capacity, 15" x 21" plat | $600.00 |
| 264 | 5125 | | Asset 306A - Stainless steel sink, 36" x 24" x 13" deep . $345.00 Rigged and pack | $100.00 |
| 266 | 5125 | | Asset 138 - Stainless steel table 30" x 72" on wheels. $345.00 Rigged and packec | $600.00 |
| 267 | 5125 | | Asset 156 - Two shelf SS cart 33" x 21" on casters with 6 digital flow meters. $3 | $800.00 |
| 270 | 5125 | | Asset 199 - 72" x 36" Stainless Steel table. $345.00 Rigged and packed on 48" x | $500.00 |
| 272 | 5125 | | Asset 223 - Stainless Steel cart 21" x 33" with contents. $345.00 Rigged and pacl | $600.00 |
| 274 | 5125 | | Asset 231 - Stainless steel cart 21" x 34". $345.00 Rigged and packed on 48" x 4C | $600.00 |
| 275 | 5125 | | Asset 233 - Stainless steel L-shape table. $345.00 Rigged and packed on 48" x 4C | $500.00 |
| 277 | 5125 | | Asset 243 - 48" x 30" stainless steel table. $345.00 Rigged and packed on 48" x 4 | $500.00 |
| 2A | 5126 | Intimac SRL | Asset 242 - T.K. Fieldler 60 liter Stainless Steel High Shear Granulator with botto | $1,700.00 |
| 162 | 5126 | | Asset 282 - Sejong CapPlus Technologies model CPT-SF100N Automatic Capsule | $15,000.00 |
| 173 | 5126 | | Asset 304 - Bohle model KA200 Tablet sorter, serial#123, 3 phase, 60 cycle, 230/ | $100.00 |
| 16 | 5128 | Quagen Oharma | Asset 181 - A & B Process Systems 35 Gallon model FT101, Stainless steel tank w | $700.00 |
| 17 | 5128 | | Asset 185 - Stainless Steel 20 gallon tank 29.5" diameter x 24" deep with air ope | $500.00 |
| 19 | 5128 | | Asset 187 - Stainless Steel 70 gallon tank 30" diameter x 24" deep with air opera | $500.00 |
| 26 | 5128 | | Asset 313 - Stainless steel 125 gallon tank 31" diameter x 39" deep with cone bc | $1,000.00 |
| 64 | 5128 | | Asset 4 - Canon Image Image Runner Advance Copier. Serial#2100C111037510. | $500.00 |
| 65 | 5128 | | Asset 5 - Sartorius model QUINTIX224-1S Balance Scale. Minimum weight 114 m | $500.00 |
| 74 | 5128 | | Asset 14 - Sartorius model SESURA225D-1S Balance Scale. Minimum weight 13 r | $1,000.00 |
| 81 | 5128 | | Asset 21 - Azzota model DISC Polarimeter serial#DP21061015. $80.00 Packed in | $5,000.00 |
| 85 | 5128 | | Asset 25 - Azzota model AR-1 Abbe Refractometer.Range 1300-1700 nD. $80.00 | $1,000.00 |
| 244 | 5128 | | Asset 164 - (5) stainless steel buckets with SS pipe fittings. $345.00 Rigged and p | $500.00 |
| 268 | 5128 | | Asset 179 - Stainless Steel Table 30" x 60". $345.00 Rigged and packed on 48" x | $500.00 |
| 269 | 5128 | | Asset 182 - Stainless steel table 30" x 72" without contents. $345.00 Rigged and | $500.00 |
| 278 | 5128 | | Asset 254 - 18" x 24" stainless steel table. $345.00 Rigged and packed on 48" x 4 | $500.00 |
| 280 | 5128 | | Asset 283 - 20" x 24" stainless steel table without contents. $345.00 Rigged and | $400.00 |
| 281 | 5128 | | Asset 284 - 20" x 24" stainless steel table without contents. $345.00 Rigged and | $400.00 |
| 14 | 5130 | Rocky Mountain Body Works | Asset 240 - Stokes model J Stainless Steel tiltilng Ribbon Blender, 27" x 22" x 28' | $2,300.00 |
| 68 | 5139 | Alpha Analytical Center | Asset 8 - Sanplatec Drykeeper Desiccator. Dimensions 18" wide x 13" deep x 10" | $300.00 |
| 70 | 5139 | | Asset 10 - Agilent Technologies serias 1100 HPLC. COL COMP serial#DE0301668 | $5,000.00 |
| 93 | 5139 | | Asset 33 - Laboratory Design and Supply Fume Hood with AirGard 200 security s | $300.00 |
| 142 | 5139 | | Asset 324 - Nuaire Fume Hood 46" x 22" x 28" tall inside dimensions. $345.00 Ri | $100.00 |
| 6 | 5141 | A.P. Deauville | Asset 141 - Walker 1000 gallon model PZCB-K 304 Stainless Steel Jacketed Doub | $30,000.00 |
| 15 | 5141 | | Asset 109 - Crepaco apprx. 1000 gallon Jacketed Stainless Steel Single Action scr | $27,000.00 |
| 43 | 5141 | | Asset 133- Diaphragm pump air operated. $275.00 Packed in Tri-Wall carton wit | $300.00 |
| 44 | 5141 | | Asset 137 - Waukesha model 130 Stainless Steel Positive displacement pump, 3' | $3,500.00 |
| 76 | 5141 | | Asset 16 - Cole-Palmer model WBE05 StableTemp Hot Water Bath. Serial#E1205 | $200.00 |
| 168 | 5141 | | Asset 125 - Conveyor 4.5" wide x apprx 17-ft long flat top chain conveyor. $345. | $200.00 |
| 251 | 5141 | | Asset 262 - Amana Electric Dryer type DJAN-ELE-2406024-EL54. $345.00 Rigged | $300.00 |
| 252 | 5141 | | Asset 262 - Amana Washer type NFW5800HW2. $345.00 Rigged and packed on | $300.00 |
| 261 | 5141 | | Asset 303A- Hydraulic Press. $345.00 Rigged and packed on 48" x 40" pallet ban | $300.00 |
| 271 | 5141 | | Asset 142 - Stainless steel table 29" x 48" with various valves and pipes. $345.00 | $2,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 113 | 5142 | GK International | Asset 53 - Omnimark Mark2 Standard Moisture Analyzer. $275.00 Packed in Tri- | $0.00 | Cancelled |
| 240 | 5146 | Central Processors NY | Asset 151 - A & A Sheetmetal Products Secureall Saftet Storage Cabinets, 57" wi | $300.00 | |
| 241 | 5146 | | Asset 152 - A & A Sheetmetal Products Secureall Saftet Storage Cabinets, 57" wi | $400.00 | |
| 247 | 5146 | | Asset 234 - Aluminum step ladder with platform. $345.00 Rigged and packed on | $200.00 | |
| 248 | 5146 | | Asset 247 - Barrett model RRT134 Stand Up Electric Forklift, Type E, Serial#8-764 | $3,200.00 | |
| 250 | 5146 | | Asset 261- Justrite flammable liquid storage cabinet, 39" wide x 17" deep x 43" t | $300.00 | |
| 167 | 5147 | BVA inc | Asset 124 - Roller conveyor 10" wide x 8-ft long. $345.00 Rigged and packed on | $2,000.00 | |
| 253 | 5148 | Sahara Simba Electronics | Asset 264 - Stainless Steel sink, 24" x 24" x 13" deep. $345.00 Rigged and packed | $0.00 | cancelled |
| 8 | 5150 | AL Technology Inc | Asset 317 - Patterson Kelley Approx. 8 quart Lab Stainless Steel V-Blender, 110 v | $600.00 | |
| 178 | 5151 | Frain | Asset 309 - Lakso Dual Head Cottoner with 4" wide x 80" long conveyor without | $500.00 | |
| 204 | 5157 | Oven Art | Asset 207 - Optima Digital Scale 14" x 12" platform. $275.00 Packed in Tri-Wall c | $300.00 | |
| 231 | 5157 | | Asset 114 - 24" x 48" Stainless steel table. $345.00 Rigged and packed on 48" x 4 | $100.00 | |
| 236 | 5157 | | Asset 145 - Ladder with 68" tall platform on wheels, 300 lb capacity. $345.00 Rig | $500.00 | |
| 243 | 5157 | | Asset 158 - Stainless steel Storage Cabinet 26" x 26". $345.00 Rigged and packed | $300.00 | |
| 265 | 5157 | | Asset 105 - 46" x 22" Stainless steel table. $345.00 Rigged and packed on 48" x 4 | $100.00 | |
| 279 | 5157 | | Asset 258 - 36" x 30" stainless Steel table. $345.00 Rigged and packed on 48" x 4 | $200.00 | |
| 146 | 5159 | Carousel Confectionery | Asset 225 - Manesty Rotapress MKIIA 45-station Rotary Tablet Press, Dual hoppe | $9,500.00 | |
| 148 | 5159 | | Asset 276 - Kikusui model LIBRA-836-KY 36-station Rotary Tablet Press with keye | $2,000.00 | |
| 156 | 5159 | | Asset 287 - George Nutting TC200 Stainless steel Capsule Poisher, serial#20-441 | $1,000.00 | |
| 125 | 5170 | Arnett Supply | Asset 168 - DR. Schleuniger model 6D Hardness tester. $80.00 Packed in Double | $300.00 | |
| 141 | 5170 | | Asset 323 - Dr. Schleuniger model ^D Tablet Hardness Tester. $80.00 Packed in D | $200.00 | |
| 23 | 5173 | Nijama Corporation DBA King F | Asset 189 -Stainless Steel 70 gallon tank 30" diameter x 24" deep with air operat | $200.00 | |
| 50 | 5175 | Yuda Mer | Asset 193 - Thomas Engineering 48" Stainless Steel Accelocota, model 48-M11 s | $0.00 | Cancelled |
| 139 | 5175 | | Asset 320 - Hartnett Delta Tablet Printer serial#D207. $345.00 Rigged and packe | $0.00 | Cancelled |
| 49 | 5179 | UnionLatam | Asset 183 - Coating Pan 30" diameter Stanless Steel Angular pan, 32" deep x 22" | $300.00 | |
| 126 | 5179 | | Asset 169 - DR. Schleuniger model 6D Hardness tester. $80.00 Packed in Double | $200.00 | |
| 127 | 5179 | | Asset 171 - Key International HT-300 Hardness Tester serial#10592. $275.00 Pac | $100.00 | |
| 145 | 5179 | | Asset 175 - Manesty Novapress 45-station Rotary Tablet press, Single hopper wi | $5,600.00 | |
| 149 | 5179 | | Asset 277 - Stokes UltraPress 65-Station Rotary Tablet Press with dual hoppers v | $100.00 | |
| 150 | 5179 | | Asset 278 - Manesty Layerpress 47-station Rotary Tablet Press, dual hoppers wit | $900.00 | |
| 151 | 5179 | | Asset 279 - Tablet deduster. $345.00 Rigged and packed on 48" x 40" pallet banc | $100.00 | |
| 153 | 5179 | | Asset 281 - Stokes 551 41-station Rotary tablet press with keyed head, dual hop | $300.00 | |
| 155 | 5179 | | Asset 286 - Stokes B216 station Rotary Tablet press with keyed head, Stainless s | $300.00 | |
| 157 | 5179 | | Asset 288 - Capsule Polisher Stainless Steel. $345.00 Rigged and packed on 48" x | $300.00 | |
| 158 | 5179 | | Asset 290 - Key Tablet deduster Stainless steel. $345.00 Rigged and packed on 4 | $200.00 | |
| 159 | 5179 | | Asset 291 - Key Tablet deduster stainless steel. $345.00 Rigged and packed on 4 | $200.00 | |
| 174 | 5179 | | Asset 305 - King Double Sided Tablet Inspection Conveyor, 78" overall length wit | $200.00 | |
| 180 | 5179 | | Assets 321 - Palace model P-DF-S-H2, Desicant Feeder, stainless steel constructi | $100.00 | |
| 176 | 5209 | | Asset 307 - Lakso Reformer 990 Slat Counter with 6" wide x 19-ft flat top chain c | $100.00 | |
| 108 | 5180 | Elastochem | Asset 48 - Precision Thelco Eelectric Oven inside dimensions 36" wide x 18" deep | $300.00 | |
| 29 | 5181 | Barchemy | Asset 131 - Tank apprx. 1500 gallon Stainless steel with sweep agitator with scra | $40,250.00 | |
| 258 | 5185 | Ralph Cooley | Asset 300A - Sharp First Long Chang Machinery model LC-1 1/2VH Milling machi | $400.00 | |
| 22 | 5194 | United Contracting Services | Asset 245 - Hobart 20 quart Mixer, Model A200 with stainless steel bowl and fla | $700.00 | |

| | | | | |
|---|---|---|---|---|
| 116 | 5197 | Boothwyn Pharmacy | Asset 56 - Branson model 8510 Hot Sonicator. $80.00 Packed in Double Wall Ca | $300.00 |
| 133 | 5197 | | Asset 272 - Branson 8800 UltraSonic Bath. $80.00 Packed in Double Wall Carton | $200.00 |
| 38 | 5200 | Vijay Home Foods | Asset 110 - Waukesha model 130 Stainless Steel Positive displacement pump, se | $1,800.00 |
| 46 | 5200 | | Asset 144 - Waukesha model 60 stainless steel positive displacement pump seri | $2,600.00 |
| 164 | 5200 | | Asset 121 - Wexxar Bel model 150 Top and Bottom Taper with side belts with Be | $6,200.00 |
| 32 | 5202 | Nutrition Bar Confectioners | Asset 311- Lightnin X5P33 Portable mixer with 8" diameter propellor driven by 1 | $1,500.00 |
| 41 | 5202 | | Asset 113 - Waukesha model 55 SS positive displacement pump, 2" inlet and ou | $1,600.00 |
| 42 | 5202 | | Asset 130 - Graco model L91J air operated Drum pump, 22 GPM, Serial#092V. $ | $400.00 |
| 45 | 5202 | | Asset 140 - Graco Bulldog air operated drum pump, frame model 207-279 serial | $200.00 |
| 163 | 5202 | | Asset 120 - Dorner S-Turn Stainless steel Flat top chain conveyor 6.5" wide x ap | $500.00 |
| 165 | 5202 | | Asset 122 - Dorner U-shape flat top chain conveyor 3-ft infeed, 8-ft straight secti | $500.00 |
| 166 | 5202 | | Asset 123 - Domino M series print and apply labeler with M230i ink jet head. $3 | $2,600.00 |
| 89 | 5205 | Analyte Scientific | Asset 29 - Thermoline model 48000 Furnace. 7" wide x 10" deep x 5" tall. $80.0 | $100.00 |
| 118 | 5205 | | Asset 58 - VanKel model VK7010 8 Pot Dissolution Unit with VK750D Monitor se | $100.00 |
| 177 | 5205 | | Asset 308 - Safeline Stainless Steel Metal Detector 5.5" wide x 8" tall aperature, | $500.00 |
| | | | Total | $440,400.00 |
| | | | Due after commission | $396,360.00 |
| | | Unsold | | |
| 9 | | | Asset 260 - Kitchenaid 5 quart mixer, model K5SS with SS bowl and flat beater. $80.00 Packed in Double Wall Carton with bubbl | |
| 24 | | | Asset 190 - Gast air operated propellor mixer with 2"diameter propellor. $275.00 Packed in Tri-Wall carton with bubble wrap | |
| 25 | | | Asset 191 - Stainless steel 25 gallon tank 18" diameter x 24" deep. $345.00 Rigged and packed on 48" x 40" pallet banded and w | |
| 27 | | | Asset 162 - Tank 23 gallon Stainless steel 18"diameter x 21" deep with 1" side dischage on casters. $345.00 Rigged and packed | |
| 48 | | | Asset 180 - O'Hara 48" diameter stainless steel Fastcoat System, with perforated drum with apprx. 1/16" diameter holes, Maste | |
| 51 | | | Asset 236 - Graco King air operated drum pump. $275.00 Packed in Tri-Wall carton with bubble wrap | |
| 57 | | | Asset 273 - Powers Equipment model SLT70SDF Shelf Dryer, double door, 9 shelves per side, electric heat, inside dimensions: 2 | |
| 75 | | | Asset 15 - Oakton StableTemp Hot Water Bath. Serial#0800902. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 80 | | | Asset 20 - Spectronics model FBPDS-81 Spectroline Unit. Serial#260738. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 88 | | | Asset 28 - Corning model PC-351 Hot Plate Stirrer. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 90 | | | Asset 30 - (2) Desiccators. $129.00. Packed in Double Wall Carton with bubble wrap | |
| 92 | | | Asset 32 - Thermo Electron Corp Refrigerator. Serial#SO8S-619322-SS 2 shelves. 19" x 19" x 29" tall. $275.00 Packed in Tri-Wall | |
| 94 | | | Asset 34 - Thermoscientific model SP195025 Hot Plate Stirrer. Serial#C1950180707337. $80.00 Packed in Double Wall Carton w | |
| 95 | | | Asset 35 - Cole-Palmer StabeTemp serial#C303031101919476. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 98 | | | Asset 38 - Aluminum rolling rack. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped | |
| 100 | | | Asset 40 - Sartorious Veritas Balance 1265 mg to 420 g range. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 102 | | | Asset 42 - Labnet Vortex Mixer model SO200. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 104 | | | Asset 44 - Reichert Colony Counter model 3325 seerial#00612-1004. $275.00 Packed in Tri-Wall carton with bubble wrap | |
| 105 | | | Asset 45 - Sartorious model A200S Analytical Scale serial#39020295. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 109 | | | Asset 49 - Boekel Industries Electric Oven inside dimensions 11" wide x 11" deep x 10" tall. Model 133000 serial#03545. $345.0 | |
| 111 | | | Asset 51 - Fisher Scientific model 228 Centrifuge. $275.00 Packed in Tri-Wall carton with bubble wrap | |
| 117 | | | Asset 57 - Distek 8 Pot Dissolution Unit model 2100C serial#211136. $275.00 Packed in Tri-Wall carton with bubble wrap | |
| 131 | | | Asset 268 - Thermolyne Cimarec-2 Hot plate stirrer. $80.00 Packed in Double Wall Carton with bubble wrap | |
| 132 | | | Asset 269 - Varian model VK7025 8-pot Disolution Unit, serial#9-0435-0505, 115/230 volts. $275.00 Packed in Tri-Wall carton w | |

| | |
|---|---|
| 136 | Asset 296 - Distek DF-3 Fribalator. $80.00 Packed in Double Wall Carton with bubble wrap |
| 138 | Asset 301 - Lot of 12 Laboratory Cabinets on wheels. $1380.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 143 | Asset 165 - Manesty Rotapress MKIIA 61-Station Rotary Tablet press with keyed head, Two hoppers each with force feeders. Ma |
| 144 | Asset 170 - Manesty Rotapress MKIIA 61-Station Rotary Tablet press with keyed head, Two hoppers each with force feeders. Ma |
| 147 | Asset 237 - Manesty 61-station Rotary tablet Press (MKIIA type - no name tag) with dual SS hoppers missing feed frames. $1250 |
| 154 | Asset 285 - Manesty B3B 27-station Rotary Tablet Press with keyed head, dual SS hoppers with feed frames. Serial#26A171. Ma |
| 160 | Asset 294 - Stokes 900-513-2 45-Station Rotary Tablet Press, dual SS hoppers with feed frame, Serial#T-663554. $1250.00 Simpl |
| 161 | Asset 295 - Key Tablet deduster stainless steel. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 169 | Asset 219 - Markem 156A Mark III Tablet Brander, serial#852018, set for an approx. 1/2" round tablet. $275.00 Packed in Tri-Wa |
| 170 | Asset 289 - Lock Metalcheck 9 Metal Detector for tablets with 3" wide x 1" tall opening. $345.00 Rigged and packed on 48" x 40 |
| 171 | Asset 292 - Lock Metalcheck 9 Metal Detector for tablets with 3" wide x 1" tall opening. $345.00 Rigged and packed on 48" x 40 |
| 175 | Asset 306 - Thiele 34-000 4-head Rotary Placer, serial#59581 with timing screw on casters. $345.00 Rigged and packed on 48" x |
| 227 | Asset 271 - Tree LCT-Li series digital scale 13" x 9" platform, 33 lb capacity. $80.00 Packed in Double Wall Carton with bubble w |
| 230 | Asset 102 - Stainless Steel Table 24" x 18". $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 232 | Asset 127 - Werner 12-ft foldable ladder, 300 lb capacity. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 233 | Asset 128 - Werner 10-ft ladder, 300 lb capacity. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 234 | Asset 129 - Husky 6-ft ladder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 235 | Asset 139 - Werner 8-ft ladder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 237 | Asset 146 - Werner 10-ft ladder, 300 lb platform. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 242 | Asset 157 - Whirlpool model WRR56X18FW01 Single Door Refrigerator serial#74103909. $345.00 Rigged and packed on 48" x 4 |
| 254 | Asset 293 - Baldor Disc grinder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| 256 | Asset 299 - Wissota disc grinder. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| | Asset 193 - Thomas Engineering 48" Stainless Steel Accelocota, model 48-M11 serial#48-285, perforated drum with baffles, stai |
| | Asset 320 - Hartnett Delta Tablet Printer serial#D207. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| | Asset 264 - Stainless Steel sink, 24" x 24" x 13" deep. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |
| | Asset 252 - Double Cone approx. 30 cuft Blender Stainless Steel, Inside dimensions: 90" tall x 45" wide, 8" and 16" diameter po |
| | Asset 53 - Omnimark Mark2 Standard Moisture Analyzer. $275.00 Packed in Tri-Wall carton with bubble wrap |
| | Asset 302A - Powermatic Band Saw. $1250.00 Simple rigging. Skidding and crating is additional |
| | Asset 304A - Proforma metal bender. $345.00 Rigged and packed on 48" x 40" pallet banded and wrapped |