UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------x
IN RE:

ULTRA SEAL CORPORATION and
ULTRA-TAB LABORATORIES, INC.,

Debtors.
-----------------------------------------------x

**CHAPTER 11**
**CASE NO. 22-35630 (CGM)**

(Jointly Administered)

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF**
**<u>COMPENSATION TO UNION STANDARD EQUIPMENT</u>**

Upon consideration of Application for Allowance of Final Compensation(the "Application") for professional services rendered during the period of November 29, 2022 through April 30, 2023; and a hearing having been held to consider the Application on June 13, 2023; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

**ORDERED,** that the Application is granted to the extent set forth in Schedule C; and it is further

**ORDERED,** that the sum of $44,040.00 shall be paid to UNION STANDARD EQUIPMENT upon the entry of this Order, from the proceeds of the auction of the debtor's Assets.

**Dated: June 20, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
**____________________________**
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**